12-15027



IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# 12-15027

LAVONT FLANDERS, Jr.,

APPELLANT

V.

[ U.S.D.C. D. No. 11-20557-CR-MOORE ]

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JAN 3 0 2013

JOHN LEY
CLERK

UNITED STATES OF AMERICA.

APPELLEE

---

### APPELLANT/PETITIONER'S APPEAL BRIEF
### IN PRO-SE FORM

---

DATE _January 25,_ 2013

LAVONT FLANDERS, Jr.
REG. No. 97156-004
UNITED STATES PENITENTIARY TUCSON
POST OFFICE BOX 24550
TUCSON, ARIZONA 85734-4550

## TABLE OF CONTENTS

TABLE OF AUTHORITIES.....................................I.

STATEMENT OF JURISDICTION...............................II.

STATEMENT OF ISSUES PRESENTED..........................III.

SUMMARY OF ARGUMENTS....................................IV.

BACKGROUND STATEMENT OF CASE AND FACTS...................V.

ARGUMENT.................................................1.

CONCLUSION ..............................................7.

CERTIFICATE OF SERVICE...................................8

CERTIFICATE OF INTERSTED PERSONS........................9

i.

TABLE OF AUTHORITIES CITED

CASES                                              PAGE No.

1) U.S. v. HALL, 312 F. 3d 1250 (11th Cir. 2002)...................... 1

2) UNITED STATES v. FRANK, 599 F. 3d 1221, 1233-35 (11th Cir. 2010)........ 1; 5

3) UNITED STATES v. GRACIA, 522 F. 3d 597,599-600 (5th Cir. 2008).......... 6

4) UNITED STATES v. MARCUS, 130 S.Ct. 2159, 176, L. Ed 2d 1012 (2010)...... 6

5) UNITED STATES v. TODD, (2010, CA 9 WASH.) 627 F.3d 329.................. 5

STATUTES AND RULES

1) 18 U.S.C. § 371...........................................

2) 28 U.S.C. § 1291..........................................

3) 18 U.S.C. § 1512..........................................

4) 18 U.S.C. § 1512 (c)......................................

5) 18 U.S.C. § 1591 (a) (1).................................

6) 18 U.S.C. § 1591 (a) (2).................................

7) 18 U.S.C. § 1591 (b) (1).................................

8) 18 U.S.C. § 1594 (a)......................................

9) 18 U.S.C. § 1594 (c)......................................

10) 18 U.S.C. § 2031.........................................

11) 18 U.S.C. § 2032.........................................

12) 18 U.S.C. § 2252.........................................

13) 18 U.S.C. § 2423.........................................

14) 18 U.S.C. § 3742.........................................

OTHERS

1) AMENDMENT 641. [NOVEMBER 1,2002].........................

2) CHAPTER 99, 2031 & 2032..................................

3) COURT DOCUMENTS FROM DISTRICT COURT......................

4) FBI OFFICIAL FINGERPRINTS/CRIMINAL HISTORY REPORT............

5) FBI REPORT EXHIBITS CASE 653978 AC1......................

6) INITIAL HEARING TRANSCRIPTS..............................

7) LEXIS NEXIS GROUP DEFINITION OF 18 U.S.C.§ 1591 (C)(1).......

8) UNITED STATES MARSHAL REPORT (J) 97156-004.................

( I. )

## STATEMENT OF JURISDICTION

This case stems from Sexual Battery charges filed in the 17th Judicial Circuit in July of 2007 by Broward County States Attorney's Office. The cases were disposed of by the court with the exception of one that was set for dismissal on August 31, 2011. On August 16, 2011 the disposed cases along with the last pending Sexual Battery case was indicted by the United States Attorney for the 11th Circuit. The United States Attorney indicted the cases as Sexual Exploitation of Minors and Sex Trafficking Of Children. The United States Attorney purports on indictment only charging 18 U.S.C. §§§§ 1591; 371; 1594(c); 1594(a). While the District has jurisdiction over federal charges purported pursuant to Title 18 U.S.C. § 3231, the District Court has no jurisdiction over alledged local Sexual Assualts. The Federal Rape Statute 2031 & 2032 of chapter 99 has been repealed for years. The District has no jurisdiction over the alleged state cases. Jurisdiction lies with the United States Circuit Court Of Appeals for the Eleventh Circuit pursuant to Title 28 U.S.C. § 2191 & 18 U.S.C. § 3742 for revies and correction of the above error.

The date of judgment in this matter was February 22, 2012. The Notice Of Appeal was filed on September 14, 2012. Appellant, Lavont Flanders, Jr. is currently incaracerated as of the date of this Brief and all property seized by the FBI and Miramar Police remain in the custody of the United States Government.

( II. )

## STATEMENT OF ISSUES PRESENTED

I.    Whether the trial court had jurisdiction over the alledged
      state conduct for indictment and the seizure of property.

II.   Whether there was criminal misconduct of the Government
      and local police securing the indictment and the search
      warrant that led to the seizure of property.

III.  Whether FBI Agent Aleix Carpenter lied to Judge Ted E. Banstra
      in her application for a serach warrant.

IV.   Whether FBI had probable cause to search and seize the property
      from the home of Lucenda Roper.

V.    Whether a showing of warrant of jurisdiction in the District
      Court is a non-frivolous issue correctable on forfiture appeal
      under Fed. R. Crim. P. 52 (b)

( III. )

# SUMMARY OF ARGUMENTS

I.    Trial Court had no jurisdiction over the alledged state offenses indicted as Sexual Exploitation of Minors and Sex Trafficking of Children. If court had no jurisdiction then it had no legal jurisdiction to obtain the search warrant that led to the seizure of property.

II.   There was criminal misconduct on behalf of the Government and local police in obtaining the indictment that led to the seizure of property.

III.  FBI Agent Alexis Carpenter lied in her sworn application for a search warrant before Judge Ted E. Bandstra about the prostitution of minors in order to secure the search warrant that led to the seizure of property.

IV.   FBI had no probable cause to enter and search and seize property from the home of Lucenda Roper located at 2231 N.W. 192 Ter. Miami Gardens, Florida. I lived with my brother Darrell Flanders at 18411 N.W. 30th Avenue in Miami Gardens Flordia.

V.    District Court was want of jurisdiction to sit in judgement over forfeiture case that derived from perjury before a Grand Jury as well as the purported indictment being a fraud. This issues wasn't raised in the District Court so the appeal court can review for Plain Error only.

( IV. )

## BACKGROUND STATEMENT OF CASE AND FACTS

1.    Defendant Lavont Flanders,Jr. was arrested by Miramar
Police and FDLE Police on July 12,2007 for the alledged charges
of Kidnapping , and Sexual Battery on Incapacitated Adult Women
who claimed they were druged and raped on the set of an Adult
Film at a studio located in Miramar Florida. Other women claimed
being druged and raped while filming adult pornagrahpy at Motels
in Broward and Miami-Dade Counties. After sworn statements of
alledged victims to police recanting any crimes like the sworn
statement of I.H. along with DNA and Video evidence as well as
signed 2257[Adult Model Release Forms] of all the alledged victims
the states cases were disposed of between 2007 and 2008. One of
the alledged victims C.S. case was left open, and was headed for
dismissal hearing after it was discovered the arresting agency
Miramar Police had no jurisdiction for the arrest since the
alledged assault occured in Miami-Dade County. The Dismissal
Hearing was set for August 31, 2011. [See Case Summary Of State
Charges attached as Tab.1; Model Release Form attached as Tab.2;
Sworn Statement Given To Miramar Detectives attached as Tab.3]

2.    Before the final hearing was contucted, defendant Flanders
was indicted Federally by United States on the same women from the
cases with the exception of L.W. and L.H. who are also adults
and alledged the same sexual assualt conduct as the women from
the state cases.  The United States indicted those same cases
as the Sexual Exploitaion Of Minors, and The Sex Trafficking
Of Children along with Conspiracy To Commit such crimes and
Attempting To Commit the above Federal offenses. [ SEE: District
Court Docket Sheet In Record Excerpts Tab.4]  After the unsealing

( V. )

and reading of the indictment directly from the Grand jury,
AUSA,Roy K. Altman was allowed to exchange the True Bill from
the Grand Jury simular indictment purporting simular charges
with the exception of 18 U.S.C. § 2252 and it's conduct deleted
from the indictment. Instead of purporting the Sex Trafficking
Of Children, it purported only Sex Trafficking. This crime and
misconduct was allowed by Judge Ted E. Bandstra. The Courtroom
Video of the inital proceedings/hearing on August 17, 2011 will
verify this fact. The indictment and FBI and FDLE reports were
used to secure a search warrant wre properly was seized in the
forms of DVD's; VHS tapes; Model Release Forms; Computores
thumb drives with hundreds of adult photo's over 50 mini-Dv tapes
and other private documents.

## ARGUMENT

I.   The Trial Court had no jurisdiction over the alledged
state rape offenses indicted as Sexual Exploitation Of Minors
and Sex TRafficking Of Children. If the court had no jurisdiction
then it had no legal jurisdiction to obtain the search warrant
that led to the seizure and forfeiture of property.

Standard Of Review

1.   The standard of review of the District Court's jurisdiction
to sit in judgment over a state's rape case prosecuted as crimes
of Sexual Exploitation Of Minors, and Sex Trafficking Of Children
is not clear.  The Federal Prosecutor unlawfully gained Federal
Jurisdiction by treating statues 2252 and 1591 as acts other
than what they are, as Congress intended for them to be. None
of the conduct alleged are incorporated into the indictment.
See: e.g. United States v. Frank, 599 F.3d 1221, 1233-35 (11th
Cir.2010).  18 U.S.C.§ §§ 1512; 1512 (c)  [Attached as Tab. 5]

( 1 )

2.  The government's use of a jurisdictionally defective indictment along with the reports from the FBI #653978AC1,and FDLE # FLO3002934, and other mis-leading allegations of crimes that led to the search and seizure and forfeiture of property. The legislative intent of § § 2252; 1591 is clear from the face of the statutes. No such conduct of either statue occured or is alledged in the indictment, which make the indictment that of being a case of fraud [ SEE: Attached Indictment Tab.6]

[ Also see Transcripts of Initial Preliminary Hearing, under Judge Ted E. Bandstra, and the excerpts are also attached and listed as Tab. 7]. Due to the District Court not having the proper jurisdiction over this matter, all the evidence; property taken from the home of Ms. Lucenda Roper must be returned without delay in it's original form. All copies made of the property must be also returend.

II.  **There was criminal misconduct on behalf of the government and local police in obtaining the indictments that led to the search and seizure of property forfeited.**

1.  These case were state sexual assault and the adding of kidnapping charges. Through the vindictiveness of the state and government due to the outcome of the state charges. The government along with FDLE and Miramar Police engaged in misconduct in order to obtain the indictments that led to the seizure and forfeiture of property.[SEE THE: FBI Report#653978AC1;FDLE Report# FLO3002934] Also [SEE The Grand Jury Proceedings] for verification of facts. Other document proof of facts are listed as: (1) The Court's Certified Copy Of The Pretrial Report before the Honorable Judge T.E. Bandstra dated August 17, 2011; (2) Arrest Report Filed by the FBI Agent Regino E. Chavez on August 17, 2011; (3) Court's

( 2 )

documents 7 and 85; (4) The FOIA excerpts of the FBI Report #
653979AC1; (5) United States Marshals Service Report # J-97156-004.
The game changer to this entire governmental cover up has to be
the official finger print fact sheet obtained directly from the
FBI in Clarksburg, West Virgina on June 19, 2012.  The official
fact sheet cross references both the FBI case No. under 653978AC1
and FDLE case No. under FL030002934. The fact sheet also accurately
reports all indicted crimes of the government pertaining to my
finger prints as well as the agencies reporting the information
and the name and location of the agencies reporting. As this Panel
can plainly see from the facts sheet that on August 17, 2011 the
United States Attorney's Office for the 11th Circuit report the
indicted crimes of Sexual Exploitation Of A Minor-Prostitution,
and Sex Trafficking Of Children, justr as Judge T.E. Bandstra read
from the unsealed indictment. Although AUSA Roy Altman attempts
to correct the Judge as for he forgets some of the issues. THe
Judge forgets that the indictment came sealed before the court.
That means it came directly from the Grand Jury.  He also forgets
to forewarn the Judge not to read the indictment revealing the
true nature of the charges involving minors.  Even after the
long pause of Judge Bandstra, he re-reads the indictment only
this time purposely changing and omitting the words minors, and
childern.  A Key element about the charges is in the reading
of the indictment the first time verus the second reading from
the Judge.  The fraudulate indictment was placed in the unsealed
indictment envelope after we were led from the court romm after
the reading of the indictment with the True Bill.  The fake
indictment was later superseded after the AUSA discovered my

prison phone conversation with family members discussing the
misconduct that occured. Please refer to [Tab 8] concerning
this above mention information. The petitioner also request
that this Panel to take Judicial Notice concerning[Tab 8].
Due to the facts that misconduct was engaged in by the Government;
and local Law enforement Officers to obtain the indictments,
that led to the seizure and forfeiture of property, and because
of such all property seized must be returned in its original form
without delay. All copies made by the governemt and local Law
Enforement Officials must also be returned without delay.

III.  FBI Agent, Alexis Carpinteri lied in her Sworn Application
      for a search Warrant before Judge T.E. Bandstra about the
      'Prostitution Of minors in order to secure the search warrant
      that led to the seizure and forfeiture of property.

1.      On August 15, 2011, Special Agent Alexis Carpinteri
of the FBI Commited perjury before Judge T. E. Bandstra in her
application for a serach warrant. First and foremost, Agent
Carpinteri knew no minors were involved in these cases because
she had investigated the state cases prior to those charges became
federal. Agent Carpinteri knew these facts prior to swearing out
an affidavit before Judge Bandstra.  She knew there were never
any allagations of prostitution of minors or that of prostitution
period prior to her making the affidavit. She knew that there were
no allegations of Sexual Exploitation Of Minors mentioned in
the states case or any where else for that matter. But! she
gladly advises the Judge in her sworn affidavit "stated in paragraph
1"that she investigated this case as crimes involving childern.

2.      In her affidavit, she uses statues 1591 and 2423 which
are both statues involing the prostitution of minors, and because

( 4 )

these statues were used to obtain a illegal indictment/search
warrant that led to the seizure and foreiture of the property,
all property must be returned in its original form along with
and And all copies made by the government and local Law Enforement
Officials. Agent Carpinteri commited perjury to secure the search
warrant and seizure of all property.

IV.     The FBI had no probable cause to enter and search and
        seize property from the home of Lucenda Roper located at
        2231 N.W. 192nd Ter in Miami Gradens, Florida. Petitioner
        resided with his brother Darrell Flanders at 18411 N.W. 30th
        Avenue in Miami Gardens, Florida.

1.      The FBI had no probable cause to search the home of
Lucenda Roper. THe FBI knew there were no allegations of prostitution
involved in this case.  They knew 18 U.S.C. § 1591 is a prostitution
statute. See United States v. Todd (2010 CA9 Wash.) 627 F. 3d 329
for the perfect Congressional intent and meaning of statues. The
FBI knew that there were no minors involved in this case, or the
state charges as well SEE:  United States v. Frank, 599 F. 3d 1221,
1233-35 (11th Cir. 2010). Because the FBI had no probable cause to
secure the search warrant, all property seized and forfeited must
be returned in its original form and all coies made by the government
and local Law Enforcement Official must be returned as a result
of illegal search and seizure.

2.      The FBI had no probable cause to search and seize property
from the home of Lucenda Roper, Ms. Roper, and the petitioner
are engaged to be married, however Ms. roper resides in her home
along with 4 children at 2231 N.W. 192nd Ter. in Miami Gardens,
Florida.  [SEE Tab. 8]  If no allegations of prositution are
alleged in the indictment or state charges by the government,
then were's the probable cause to secure the search and seizure

( 5 )

warrant for the home of Ms. Roper? 18 U.S.C. § 1591 does not include enticing other to appear in adult sex films. The legislative and case history is clear on this point. 18 U.S.C.§ 1591 is a bar against interstate enticement for prostitution. NO probabale cause existed for the serach and seizure warrant for the home of Ms. Lucenda Roper.  All property seized and forfeited must be returned without delay in its original form. All copies made by the government and Local Law Enforcement Official as a result of the illegal search and seizure must be returned without delay.

V.       The United District Court For The Southern District
    Of Florida Didnot Have Jurisdiction To Hear This Case.

1.       The United States District Court For The Southern District Of Florida didnot have jurisdiction to sit in judgement over forfeiture case. This forfieture case is a result of the tanited indictment secured by misconduct on behalf of the government. The indictment that the petitioner was convicted on is fraud. [ SEE Indicted Charges of U.S. Attorney For The 11th Circuit in Official FBI Report, Fact Sheet, and Finger Print Background]. This issue wasn't raised in the District because it was unknown at this time. Petitioner/Appellant is respectfully requesting this Honorable Court to review under Federal Rule Of Criminal Proceedure( Fed. R. Crim. P.) 52 (b). SEE: United States v. Gracia, 522 F. 3d 597, 599-600 (5th Cir.2008), and United States v. Marcus, 130 S.Ct. 2159, 176 L. Ed. 2d 1012 ( 2010 ) because of the misconduct used to obtain the indictment and the search and seizure warrant my substantial rights were a affected. The misconduct also adversely affected the fairness, integrity, and public reputation of the judicial proceedings.

( 6 )

Appellant Flanders has supplied this panel with official documentation that takes the guesswork away from what must have been the real indictment on 08/17/2011. One only has to look at Judge Ted E. Bandstra's recitation of two different indictments during the initial hearing on 8/17/2011 (see transcript), to know that the real indictment was for the sexual exploitation of minors and the sex trafficking of children. To add insult to injury, the government then supercedes the fake indictment with another fake indictment.

The conviction was based on a fraudulent indictment. So, it should not be a mystery to this panel as to why the government is adamantly opposed to releasing the grand jury transcripts to Appellant Flanders. The transcripts of the grand jury indictment hearing do not jibe with the charges that he was tried and convicted of, but they do jibe with the charges reported to the FBI by the 11th Circuit U.S. Attorney on 08/17/2011.

Appellant Flanders requests this panel to take judicial notice of the open disposition of the sexual exploitation of a minor and sex trafficking charges in the FBI Fact Sheet and Criminal Fingerprint background check. These charges remain open because he was never tried or convicted of the charges brought forth by the grand jury.

For all of the reasons previously stated, this forfeiture cannot stand and must be nullified.

7

## CONCLUSION

For the reason stated in this Brief, Petitioner/Appellant Lavont Flander, Jr. respectfully request of this honorable Court to enter an order directing the government to return all proprety seized and forfeited along with any all copies made by the Local Law Enforcement Officials, and the government as a result of the illegal serach and seizure at the home of Ms. Lucenda Roper, loctade at 2231 N.W. 192nd Ter. in Miami Gardens, Flordia.

Respectfully Submitted

Lavont Flanders, Jr. 97156-004
United States Penitentiary Tucson
Post Office Box 24550
Tucson, Arizona 85734-4550

Date: January 25, 2013

# CERTIFICATE OF SERVICE

I, __Lavont Flanders,Jr._____, hereby certify that I have served a true
and correct copy of the foregoing:  `Appellant Pro-Se Brief Of Appeal`

Which is deemed filed at the time it was delivered to prison authorities for forwarding to
the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to
litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage
prepaid envelope addressed to:  `United States Attorney's Office`
`For The Southern District Of Florida`
`99 N.E. 4th Street`
`Miami,Florida 33132`

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this __25ᵗʰ__ day of __January__,

Respectfully Submitted,

Lavont Flanders, Jr.

REG. NO._____
`97156-004`

( 9 )

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Lavont Flanders _____ vs. _United States Of Amer._ Appeal No. 12-15027-AA

11th Cir. R. 26.1 (enclosed) requires that a Certificate of Interested Persons and Corporate Disclosure Statement must be filed by the appellant with this court within 14 days after the date the appeal is docketed in this court, and must be included within the principal brief filed by any party, and included within any petition, answer, motion or response filed by any party. **You may use this form to fulfill this requirement.** In alphabetical order, with one name per line, please list the trial judge(s), and all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly):*

1) Roy Altman, A.U.S.A.

2) Sarah Bray, A.U.S.A.

3) Shenese Caldwell, A.U.S.A.

4) Christian Dunham

5) Laiken Harris, A.U.S.A

6) Irene Heron, A.U.S.A.

7) Derek Lewis, Appellant Counsel

8) Barbara Martinez, A.U.S.A.

9) Michael Moore, U.S. DIstrict Court Judge

10) Brandine Powell

11) Anne R. Schultz, Appellee Attorney

12) Cassique Smith, A.U.S.A.

13) Anja Tyler, A.U.S.A.

14) Lucrece Williams, A.U.S.A.

( i0 )

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No.  12-15027-A

United States of America

        Appellee,

V.

Lavont Flanders, Jr..

        Appellant;.

## TAB - I

State charges couldn't be prosecuted By the Broward County
State Attorneys Office. Miramar Police had no jurisdiction for
the arrest pertaining to at least three of the alleged
victims. Faced with a lawsuit they called in the Government
who also had no valid jurisdiction.

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA

STATE OF FLORIDA,

    Plaintiff,

v.

LAVONT FLANDERS,

    Defendant.

_____/

FELONY DIVISION

CASE NO: 07-13251CF10B

JUDGE SIEGAL

## MOTION TO DISMISS FOR IMPROPER VENUE

COMES NOW the Defendant, LAVONT FLANDERS, by and through the undersigned

attorney, pursuant to Fla.R.Cr.P. 3.190, moves this Honorable Court to enter an Order dismissing

the Information filed in this cause.   As grounds for this Motion, the Defendant states as follows:

The following represent material facts of this case which are undisputed.   They do not

establish that any crime was committed in Broward County.

1.    Defendant, Lavont Flanders, was arrested and charged by way of Information

with two counts of sexual battery of an intoxicated person pursuant to Florida Statutes Section

794.011(4)(d), possession with intent to deliver a controlled substance pursuant to Florida

Statutes 893.13, and conspiracy to commit sexual battery pursuant to Florida Statutes Section

777.04. The Information alleges that these acts occurred solely within the jurisdiction of Broward

County.

2.    The victim, Casique Smith, stated in her deposition that she went to a motel or

hotel, on the second floor, and that is where the sexual acts occurred. (Casique Smith Sworn

Statement dated 03/26/07 page 10).

3.  On December 29th, 2010, Casique Smith identified a motel as the location where the sexual acts occurred.(Casique Smith Deposition dated 12/29/10 pages 17-21)

4.  The hotel identified by Casique Smith is Motel Seven, 13445 NW 7th Ave, Miami, Florida 33168, and is located in Dade County. (See receipt from Motel Seven from the night in question attached hereto as Exhibit "A").

5.  Article I, Section 16(a) of the Florida Constitution provides: In all criminal prosecutions the accused shall.. have a speedy and public trial by an impartial jury *in the county where the crime was committed*...

6.  The state is unable to show that the any of the elements of the offenses alleged in the indictment occurred in Broward County. In order to obtain a conviction, the state must prove venue. *McClellion v. State,* 858 So.2d 380, at 381 (Fla 4th DCA 2003).

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an Order granting this Motion To Dismiss.

I HEREBY CERTIFY that a true copy of the foregoing Motion was furnished by hand to the Office of the State Attorney, Broward County Courthouse, Fort Lauderdale, Florida, this _15_ day of _AUG_, 2011

Respectfully submitted,

THE LAW OFFICES OF
FISHER & LAWRENCE, P.A.
80 NE 168TH STREET
NORTH MIAMI, FL. 33162
(305) 899-5012

By: _____
JASON BLOOM, ESQ.
Florida Bar # 89772

EXHIBIT A

**RECEIPT**

MOTEL SEVEN
13445 NW 7TH AVE
N. MIAMI, FL 33168

DATE _3/18/07_    No. **121717**

RECEIVED FROM _Emerson Callum_    $30.00

_Thirty and 00/100_ _____ DOLLARS

○ FOR RENT
○ FOR _Rm # 205_

| ACCOUNT | | | ○ CASH | |
|---|---|---|---|---|
| PAYMENT | | | ○ MONEY ORDER | FROM _3/18_ TO _3/18_ |
| | | | ○ CHECK | |
| BAL. DUE | | | ○ CREDIT CARD | BY _[signature]_ |

1182

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL
CIRCUIT   IN   AND   FOR
BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,            FELONY DIVISION

      Plaintiff,                 CASE NO: 07-13251CF10A

v.                                JUDGE SIEGAL

LAVONT FLANDERS,

      Defendant.

_____/

## MOTION TO DISMISS PURSUANT TO *SHELTON V. D.O.C.*

The Defendant, **LAVONT FLANDERS**, by and through her undersigned counsel moves this Honorable Court to grant this Motion to Dismiss, pursuant to Fl. R. Crim. P. 3.190, and submits the following in support thereof:

1.      Mr. Flanders is charged pursuant to Fla. Stat. 893.13(1)(a)(2) with one count of possession of Alzaprolam with intent.

2.      On July 27th, 2011, the United States District Court for the Middle District of Florida issued an order finding that Fla. Stat. 893.13 is "unconstitutional on its face." *Shelton v. Secretary, D.O.C.*, Case No. 6:07-cv-839-Orl-35-KRS. (See attached Order, p. 1, 43).

3.      By the Florida Legislature's 2002 enactment of the statute, Florida became the only state in the nation expressly to eliminate *mens rea* as an element of a drug offense.

4.      The above cited statute, as enacted in 2002, is in direct contradiction to the due process principles of the United States Constitution in that it undermines the essential nexus between a culpable mental state and a wrongful act.

5.    Binding upon this Court, the United States District Court has found that "[b]ecause Fla. Stat. 893.13 imposes harsh penalties, gravely besmirches an individual's reputation, and regulates and punishes otherwise innocuous conduct without proof of knowledge or other criminal intent, the Court finds it violates the due process clause and that the statute is unconstitutional on its face." (Order, p. 29).

6.    The undersigned submits that this Honorable Court grant Defendant's Motion to Dismiss.

**WHEREFORE**, the Defendant, LAVONT FLANDERS, respectfully requests that this Honorable Court grant the Defendant's Motion to Dismiss Pursuant to *Shelton v. D.O.C.*

I HEREBY CERTIFY that a true copy of the foregoing Motion was furnished by hand to the Office of the State Attorney, Broward County Courthouse, Fort Lauderdale, Florida, this _15_ day of _Aug._, 2011

Respectfully submitted,

THE LAW OFFICES OF
FISHER & LAWRENCE, P.A.
80 NE 168TH STREET
NORTH MIAMI, FL. 33162
(305) 899-5012

By: _____
JASON BLOOM, ESQ.
Florida Bar # 89772

SEARCH RESULT

Search Criteria - **Party Type:** ALL **Last Name:** flanders **First Name:** lavont **Case Status:** All

| Case Number | Party Type | Style | Party D.O.B or Year of D.O.B | Court Type | Filed / Status |
|---|---|---|---|---|---|
| 07013251CF10A | Defendant | State of Florida Vs. Flanders, Lavont, Jr. | 10/14/1970 | Felony | 07/20/2007 Disposed |
| 07013252CF10A | Defendant | State of Florida Vs. Flanders, Lavont | 10/14/1970 | Felony | 07/20/2007 Disposed |
| 08020383CF10A | Defendant | State of Florida Vs. Flanders, Lavont | 10/14/1970 | Felony | 10/23/2008 Disposed |
| 08022032CF10A | Defendant | State of Florida Vs. Flanders, Lavont | 10/14/1970 | Felony | 11/17/2008 Disposed |

Perform Another Search

**Click on the blue 'Case Number' link above to view Case Information.**

Back To

# MIRAMAR POLICE DEPARTMENT

# PROPERTY RECEIPT

page _____ of _____    Related Case# _____

| 1. | [ ] PROPERTY OF DECEASED  [ ] TRIAL  [ ] FOUND  [ ] STOLEN-RECOVERED  [ ] LABORATORY [ ] SAFE KEEPING  [ ] FORFEITURE HOLD |
|---|---|

| 2. CASE NO. | 3. DATE - TIME RECEIVED | 4. BIN NO. | 5. OFFENSE |
|---|---|---|---|
| 06-05-05551 | 06/16/2011 @ 10³¹ | | Sex Battery |

**6. ADDRESS WHERE PROPERTY IMPOUNDED (GIVE EXACT LOCATION WHERE FOUND)**
13900 Pembroke Rd, Miramar FL 33025

| 7. FOUND BY | ADDRESS | PHONE NO. |
|---|---|---|
| Ofc. M. McQuade  # 381 | | |

| 8. SUSPECT(S) (GIVE FULL NAME) | ADDRESS | PHONE NO. |
|---|---|---|
| Callum, Emerson | | |
| D.O.B. 7/11/66  RACE B  SEX M | | |

| 8A. SUSPECT(S) (GIVE FULL NAME) | ADDRESS | PHONE NO. |
|---|---|---|
| D.O.B.  RACE  SEX | | |

| 8B. SUSPECT(S) (GIVE FULL NAME) | ADDRESS | PHONE NO. |
|---|---|---|
| D.O.B.  RACE  SEX | | |

| 9. OWNERS NAME | ADDRESS | PHONE NO. |
|---|---|---|
| | | |

| 10. ITEM NO. | 11. QTY. | 12. DESCRIPTION ITEM NAME: SERIAL# MODEL# BRAND: COLOR: |
|---|---|---|
| 216  1 | 1 | Box of 90 DVD's                                (FDLE SW 39) |
| 217  2 | 1 | Box of 69 VHS tapes                       (FDLE SW 31) |
| 218  3 | 1 | Box of 11 partial reams, Multiple loose DVD/cd's (FDLE SW 4 |
| 219  4 | 1 | Box of DVD inserts MNN#2            (FDLE SW 26 |
| 220  5 | 1 | Box of DVD inserts Eelmake emsquad (FDLE SW 2c |
| 221  6 | 1 | Box of DVD inserts                          (FDLE SW 3 |
| 222  7 | 1 | Box of DVD inserts MNN#4         (FDLE SW 27 |
| 223  8 | 1 | Box of DVD inserts MNN#9         (FDLE SW 19 |
| 224  9 | 1 | Box of DVD inserts MNN#6         (FDLE SW 5° |
| 225  10 | 1 | Box of 65 DVD's                            (FDLE SW 43) |

COMMENTS: Transfered from FDLE to Miramar PD by SA Bonilla
#3-Reams of DVD pictures.

FINAL DISPOSITION OF CASE:

| 13. I HEREBY ACKNOWLEDGE THAT THE ABOVE LIST REPRESENTS ALL PROPERTY TAKEN FROM MY POSSESSION AND THAT I HAVE RECEIVED A COPY OF THIS RECEIPT.

SIGNATURE (x) _____ | 14. I HEREBY ACKNOWLEDGE THAT THE ABOVE LIST REPRESENTS ALL PROPERTY IMPOUNDED BY MI IN THE OFFICIAL PERFORMANCE OF MY DUTY AS A MIRAMAR POLICE OFFICER.

*Det. Fletcher*

DIVISION CID  BADGE NO. 381

IMPOUNDING OFFICER (x) _____ |
|---|---|

| 15. RECEIVED BY | REASON | DATE AND TIME RECEIVED |
|---|---|---|
| 15A. | | |
| 15B. | | |
| 15C. | | SW001959 |
| 15D. | | |

# MIRAMAR POLICE DEPARTMENT

# PROPERTY RECEIPT

page _____ of _____   Related Case# _____

[ ] PROPERTY OF DECEASED  [ ] TRIAL  [ ] FOUND  [ ] STOLEN-RECOVERED  [ ] LABORATORY
[ ] SAFE KEEPING  [ ] FORFEITURE HOLD

| 2. CASE NO. | 3. DATE - TIME RECEIVED | 4. BIN NO. | 5. OFFENSE |
|---|---|---|---|
| 06-05-05551 | 06/16/2011 @ 10³¹ | | Sex Battery |

6. ADDRESS WHERE PROPERTY IMPOUNDED (GIVE EXACT LOCATION WHERE FOUND)
13900 Pembroke Rd, Miramar FL 33025

7. FOUND BY  Ofc. M. McQuade #381        ADDRESS        PHONE NO.

8. SUSPECT(S) (GIVE FULL NAME)        ADDRESS        PHONE NO.
Callum, Emerson
D.O.B. 7/11/66   RACE B   SEX M

8A. SUSPECT(S) (GIVE FULL NAME)        ADDRESS        PHONE NO.
D.O.B.   RACE   SEX

8B. SUSPECT(S) (GIVE FULL NAME)        ADDRESS        PHONE NO.
D.O.B.   RACE   SEX

9. OWNERS NAME        ADDRESS        PHONE NO.

| 10. ITEM NO. | 11. QTY. | 12. DESCRIPTION — ITEM NAME: / SERIAL# / MODEL# / BRAND: / COLOR: |
|---|---|---|
| 226  1 | 1 | Canon digital video camera (FDLE SW 48) |
| 227  2 | 1 | Canon DVD Camcorder (FDLE SW 12) |
| 228  3 | 1 | Box of loose pills, prescription bottles, Olympus digital Camera (FDLE SW) |
| 229  4 | 1 | Box of 25 DVD's (FDLE SW 17) |
| 230  5 | 1 | Misc unknown pills (to be tested) (FDLE SW 22) |
| 231  6 | 1 | Misc paperwork, DVD covers & mail (FDLE SW 2) |
| 232  7 | 1 | Misc documents (FDLE SW 23) |
| 233  8 | 1 | Pornographic photos (FDLE SW 21) |

Last Item

COMMENTS: Transfered from FDLE to Miramar PD by SA Bonilla

FINAL DISPOSITION OF CASE:

13. I HEREBY ACKNOWLEDGE THAT THE ABOVE LIST REPRESENTS ALL PROPERTY TAKEN FROM MY POSSESSION AND THAT I HAVE RECEIVED A COPY OF THIS RECEIPT.

Det. Fletcher

SIGNATURE (x) _____

14. I HEREBY ACKNOWLEDGE THAT THE ABOVE LIST REPRESENTS ALL PROPERTY IMPOUNDED BY M IN THE OFFICIAL PERFORMANCE OF MY DUTY AS A MIRAMAR POLICE OFFICER.

DIVISION  C.I.D.  BADGE NO. 381

IMPOUNDING OFFICER (x) _____

| 15. RECEIVED BY | REASON | DATE AND TIME RECEIVED |
|---|---|---|
| 15A. | | |
| 15B. | | |
| 15C. | | SW001960 |
| 15D. | | |

## CHAPTER 99  RAPE [REPEALED]

[§ 2031.       Repealed]
[§ 2032.       Repealed]

USCS                             **1**

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No. 12-15027-A

United States of America

        Appellee,

v.

Lavont Flanders, Jr.

        Appellant.

## TAB - II

All alleged victims willfully signed 2257 Adult Model Release
Forms that are standard in the Adult Filming Industry. All the
alleged victims are on video willfully consenting to act in
the Adult Film. None of the Alleged Victims are under 18 years
of age. All the Actresses also provided three forms of
Government Identification which is also on film.

# MODEL RELEASE

In consideration for value received, I hereby give Miami Vibes Enterprise, INC., and his/her assigned heirs or legal representatives the irrevocable right to copyright, use and publish my photograph and/or video image, including advertising. This includes all forms of media with no restrictions regarding alterations, distorted representations and composites, either intentionally or otherwise. I wave my rights to approve, inspect or change the finished version or versions. I understand that during my interview I may be asked to perform any acts discussed.

**I HEREBY STATE THAT I AM OVER EIGHTEEN (18) YEARS OF AGE.**

Stage Name:_____    Legal Name: Casique Sheri Smith

Address:    Age: 32 DOB    pes of II

City/State:    Phone:

Signature: _____    3-19-07

Witnessed by: Emerson Callum

CS000114

# ADULT MODEL RELEASE 2257 COMPLIANT FORM

## Model Name:

MODELS LEGAL NAME: *Laiken Tyree-Shanae Harris*

STAGE NAME: [IF ANY] *Laiken Tyree*

ALIAS [IF ANY]

MAIDEN NAME:

PROFESSIONAL NAME: *Laiken Tyree*

ALSO KNOWN AS:

ALSO KNOWN AS:

If model has additional other names must include:

## Identification produced: First form of identification produced

Picture identification card: *driver License*

Issued by what government entity?

Drivers License – number

Passport

State identification card

School I.D.

Selective service card

Work Identification card

Make triplicate copies of all identification produced by model

Date of Birth of model

Address of model:

City:

State:

## Identification produced: Second form of identification produced

Picture identification card: *college id*

Issued by what government entity?

Drivers License – number

Passport

State identification card

School I.D.

Selective service card

Work Identification card

*Make triplicate copies of all identification produced by model

1

LH000041

Date of Birth of model
Address of model
City:
State:

## TERMS AND CONDITIONS:

I, the undersigned model (hereafter model) do hereby voluntarily authorize and give permission to Company/Producer below (hereafter Producer) to the exclusive use of: photographs, video, electronic and digital reproductions in any form of my person or personal property

From the date of execution of this General Release and Authorization, the undersigned hereto does hereby grant, release and assign to Producer any and all claims of right whatsoever in and to all photographs or printed materials of the undersigned or by the undersigned and delivered to Producer for any purpose chosen by Producer.

From execution hereto and for value received and acknowledged below by model Producer shall exclusively and irrevocably own in perpetuity all right, title and interest, including copyright, in and to the digitized photographs, reproductions, video and any digitized printed material of the undersigned with no rights expressly reserved by the model.

Model also grants Producer and its designees the right to use her name, likeness, image voice, appearance, and performance as embodied in the Product whether recorded on or transferred to videotape, film, slides, photographs, audio tapes, or other media, now known or later developed. This grant includes without limitation the right to edit, mix or duplicate and to use or re-use the Product in whole or part as Producer may elect. Producer or its designee shall have complete ownership of the Product in which model appears, including copyright interests, and model acknowledges that she has no interest or ownership in the Product or its copyright.

Model also confirms that she/he has the right to enter into this Agreement, that she/he is not restricted by any commitments to any parties, and that Producer has no financial commitment or obligations to me as a result of this Agreement besides the consideration already paid.

I hereby give all clearances, copyright and otherwise, for use of my name likeness, image voice, appearance and performance embodied in the Product. I expressly release and indemnify Producer and its officers, employees, agents and designees from any and all claims known and unknown arising out of or in any way connected with the above granted uses and representations. The rights granted Producer herein are perpetual and worldwide survive my death and any other occurrence.

In consideration of all the above, I hereby acknowledge receipt of reasonable and fair consideration from the Producer received and paid.

2

LH000042

## AS TO MODEL

MODELS SIGNATURE:

Dated on: 2|17|11

I the above-signed model do hereby certify and swear under unsworn declaration of perjury that the following is true and correct by my above signature and that I agree with such terms.

I swear that I am above 18 years of age

I swear that I have disclosed my correct legal name

I swear that I have disclosed all other names that I have been known by to producer

I swear that I have produced a legal identification card

I swear that I have not provided any false or misleading information to producer

## AS TO PRODUCER

Producers Name:

Company Name:

Dated on:

## AS TO WITNESSESS

I the undersigned witness do hereby swear under unsworn declaration of perjury that I witnessed the above model sign this documents and swear to the above statement.

WINTESS SIGNATURE

PRINTED NAME

ADDRESS CITY

ADDRESS STATE

I the undersigned witness do hereby swear under unsworn declaration of perjury that I witnessed the above model sign this documents and swear to the above statement.

WINTESS SIGNATURE

PRINTED NAME

ADDRESS CITY

ADDRESS STATE

I the undersigned witness do hereby swear under unsworn declaration of perjury that I witnessed the above model sign this documents and swear to the above statement.

WINTESS SIGNATURE

PRINTED NAME

ADDRESS CITY

ADDRESS STATE

3

LH000043

108

# ADULT MODEL RELEASE: 2257 COMPLIANT FORM:

## Model Name: *Lucrece Williams*

MODELS LEGAL NAME: *Creci*

STAGE NAME: [IF ANY]

ALIAS [IF ANY]

MAIDEN NAME:

PROFESSIONAL NAME:

ALSO KNOWN AS: *Same as above*

ALSO KNOWN AS:

If model has additional other names must include:

## Identification produced:    First form of identification produced

Picture identification card:

Issued by what
government entity? *DMV*

Drivers License –number

Passport

State identification card *Learners Permit*

School I.D.

Selective service card

Work Identification card

*Make triplicate copies of all identification produced by model

  Date of Birth of model *10/27/86*

Address of model

City:

State:

## Identification produced:    Second form of identification produced

Picture identification card: *D*

Issued by what
government entity? *Depart of Human Services*

Drivers License –number

Passport

State identification card

School I.D.

Selective service card

Work Identification card

*Make triplicate copies of all identification produced by model

I

LW000095

Date of Birth of model   ＼Ｏｌ２Ч｜Я๑
Address of model
City:
State:

# TERMS AND CONDITIONS:

I, the undersigned model (hereafter model) do hereby voluntarily authorize and give permission to Company/Producer below (hereafter Producer) to the exclusive use of: photographs, video, electronic and digital reproductions in any form of my person or personal property

From the date of execution of this General Release and Authorization, the undersigned hereto does hereby grant, release and assign to Producer any and all claims of right whatsoever in and to all photographs or printed materials of the undersigned or by the undersigned and delivered to Producer for any purpose chosen by Producer.

From execution hereto and for value received and acknowledged below by model Producer shall exclusively and irrevocably own in perpetuity all right, title and interest, including copyright, in and to the digitized photographs, reproductions, video and any digitized printed material of the undersigned with no rights expressly reserved by the model.

Model also grants Producer and its designees the right to use her name, likeness, image voice, appearance, and performance as embodied in the Product whether recorded on or transferred to videotape, film, slides, photographs, audio tapes, or other media, now known or later developed. This grant includes without limitation the right to edit, mix or duplicate and to use or re-use the Product in whole or part as Producer may elect. Producer or its designee shall have complete ownership of the Product in which model appears, including copyright interests, and model acknowledges that she has no interest or ownership in the Product or its copyright

Model also confirms that she/he has the right to enter into this Agreement, that she/he is not restricted by any commitments to any parties, and that Producer has no financial commitment or obligations to me as a result of this Agreement besides the consideration already paid.

I hereby give all clearances, copyright and otherwise, for use of my name likeness, image voice, appearance and performance embodied in the Product. I expressly release and indemnify Producer and its officers, employees, agents and designees from any and all claims known and unknown arising out of or in any way connected with the above granted uses and representations. The rights granted Producer herein are perpetual and worldwide survive my death and any other occurrence.

In consideration of all the above, I hereby acknowledge receipt of reasonable and fair consideration from the Producer received and paid.

2

LW000096

## AS TO MODEL:

MODELS SIGNATURE: *Lucia Williams*
Dated on: 8/17/10

I the above-signed model do hereby certify and swear under unsworn declaration of perjury that the following is true and correct by my above signature and that I agree with such terms.

I swear that I am above 18 years of age

I swear that I have disclosed my correct legal name

I swear that I have disclosed all other names that I have been known by to producer

I swear that I have produced a legal identification card

I swear that I have not provided any false or misleading information to producer

## AS TO PRODUCER:

Producers Name: *Emerson Callum*
Company Name: *Miami Vibes' Enterprises*
Dated on: 5-17-10

## AS TO WITNESSESS:

I the undersigned witness do hereby swear under unsworn declaration of perjury that I witnessed the above model sign this documents and swear to the above statement.
WINTESS SIGNATURE *Emerson Callum*
PRINTED NAME *Emerson Callum*
ADDRESS CITY *3590 S State Road 7 Suite 209*
ADDRESS STATE *Miramar FL 33023*

I the undersigned witness do hereby swear under unsworn declaration of perjury that I witnessed the above model sign this documents and swear to the above statement.
WINTESS SIGNATURE
PRINTED NAME
ADDRESS CITY
ADDRESS STATE

I the undersigned witness do hereby swear under unsworn declaration of perjury that I witnessed the above model sign this documents and swear to the above statement.
WINTESS SIGNATURE
PRINTED NAME
ADDRESS CITY
ADDRESS STATE

3

LW000097

# MODEL RELEASE

In consideration for value received, I hereby give Miami Vibes Enterprise, INC., and his/her assigned heirs or legal representatives the irrevocable right to copyright, use and publish my photograph and/or video image, including advertising. This includes all forms of media with no restrictions regarding alterations, distorted representations and composites, either intentionally or otherwise. I wave my rights to approve, inspect or change the finished version or versions. I understand that during my interview I may be asked to perform any acts discussed.

I HEREBY STATE THAT I AM OVER EIGHTEEN (18) YEARS OF AGE.

Stage Name:_____     Legal Name: Stenes   Caldwell

Address: 1340 Springdale St     Age: 21   DOB: 03/08/80   Types of ID DL

City/State: Clearwater, FL     Phone: 722-531-3808

Signature: Sherese Caldwell

Witnessed by: Emerson Cell

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No.   12-15027-A

United States of America

      Appellee,

V.

Lavont Flanders, Jr.

      Appellant.

TAB-III

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No.  12-15027-A

United States of America,

       Appellee,

V.

Lavont Flanders, Jr.

       Appellant.

<u>TAB - IV</u>

**NOT TO BE READ BY AGENTS:** This report is provided for the purpose of **BAIL REPORT DETERMINATION ONLY** and shall otherwise be confidential pursuant to: 18 USC 3153(c)(1).

## FOR COURTROOM USE ONLY
### RETURN TO PRETRIAL SERVICES OFFICER IMMEDIATELY AFTER HEARING
### MUST NOT BE TAKEN OUT OF COURTROOM

## PRETRIAL SERVICES REPORT

| | |
|---|---|
| **District/Office**<br>Southern District Of Florida/Miami Cths Court | **Charge(s)(Title, Section and Description)** |
| **Judicial Officer**<br>Honorable Ted E. Bandstra | **Title 18 U.S.C. § 2252** – Conspiracy to recruit, entice, habor, transport, provide, obtain and maintain (engaging in a commercial sex act in relation to the sexual exploitation of a minor) |
| **Docket Number (Year - Sequence No. - Def. No.)**<br>Unassigned | |
| | **PACTS#:** 109224 |

### DEFENDANT

| | |
|---|---|
| **Name**<br>Flanders, Lavont | **Employment Status** |
| **Address**<br>18411 NW 30th Avenue<br>Miami Gardens, FL 33056<br>No landline at residence | Unemployed |
| **At Address Since**<br>August 2008 | **Time in Community**<br>Since 1995 | |

**INTRODUCTION:**

The defendant was interviewed in English at the U.S. Marshals Service cell block on August 17, 2011. Although the defendant's family resides in Miami-Dade County, he could not remember any of his family members contact information.

**DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:**

The defendant, Lavont Flanders, age 40, was born in Miami, Florida on October 14, 1970. The defendant has a United States passport which was seized by the Broward State Attorney's Office due to a previous case. The defendant reported no foreign travel.

The defendant advised he resides at the above noted address with his brother and his sibling. The property were the defendant resides is owned by his brother's fiancee. As noted above, the defendant has resided in the South Florida area since 1995. For approximately 15 years, the defendant resided in Tallahassee, Florida. Otherwise, the defendant has resided in Miami.

The defendant's father, Lavont Flanders, is a 60-year-old bus driver who resides at 5655 NW 32nd Avenue, Miami, Florida. His mother, Rose Norton, passed away 39 years ago. The defendant has a brother Darryl Flanders, a 39-year-old bus driver. The defendant resides with his brother at the address noted above.

The defendant is presently divorced. He has two children, Lavont Flanders, age 13, and Lauren Flanders, age

PS3 (12/05)                                                              Layont Flanders/Unassigned

FBI number: 653978AC1        FDLE number: FL03002934

Aliases:  Cobe, Antone; Shannon, Thirteen; Griffin, Larry; Watson, Karen; Flanders, Darius; Cobe, Ladarius; Cove, Darius; Farmer, Errick; Lawson, Erick; and Liwson, Erick

| Date | Agency | Charge | Disposition |
|------|--------|--------|-------------|
| 01/22/1989 (Age: 18) | Jefferson County SO, FL | Disorderly Conduct | Dkt#Unknown 12/04/89: Nolle prossed |
| 04/23/2003 (Age: 32) | Miami-Dade PD, FL | Ct.1: Aggravated Battery-Person Uses a Deadly Weapon Ct.2: Battery | Dkt#132003CR0112550001XX 05/27/04: Cts. 1&2, acquitted |
| 10/02/2005 (Age: 34) | Miami-Dade PD, FL | False Report/Crime | Dkt#B05049926 02/06/06: Nolle prossed |
| 07/12/2007 (Age: 36) | Miami-Dade PD, FL | Failure to Appear- Fugitive from Broward | Dkt#Unknown Disposition not reflected |
| 07/20/2007 (Age: 36) | Broward County SO, FL | Ct.1: Kidnapping Ct.2: Sex Battery Victim Incapacitated Ct.3: Sell/Purchase/Delivery Controled Substance Ct.4: Sale of Alcoholic Beverage to Minor | Dkt#07-013252-CF10A 08/2/07: Capias served 01/21/09: Warrant issued for pretrial release violation-failure to comply 02/05/09: Warrant withdrawn 12/08/10: Decline to adjudicate on all counts |
| 10/23/2008 (Age: 38) | Broward County SO, FL | Ct.1: Kidnapping Ct.2: Sex Battery Victim Incapacitated Ct.3: Delivery Controlled Substance Ct.4: Criminal Conspiracy Ct.5: Sale of Alcoholic Beverage to Minor | Dkt#08-020383-CF10A 12/08/10: Decline to adjudicate all counts |
| 11/17/2008 (Age: 38) | Broward County SO, FL | Deliver Alprazolam | Dkt#08-022032-CF10A 12/07/10: Decline to adjudicate |

## OFFENSE CHARGED AND CIRCUMSTANCES OF THE ARRESTS:

According to the United States Marshals Service, the defendant is being charged with conspiracy to recruit, entice, habor, transport, provide, obtain and maintain (engaging in a commercial sex act in relation to the sexual exploitation of a minor). The circumstances of the arrest are unavailable at this time.

## ASSESSMENT OF NONAPPEARANCE:

Based on the following factors, the defendant is viewed to pose a risk of nonappearance:

Possession of travel documents
Unemployment status
Financial instability
Criminal history
Failure to comply with pretrial release conditions
Failure to appear

PSD (rev.)
Offense charged

**ASSESSMENT OF DANGER:**

The following factors indicate the defendant poses a danger to the community:

Nature of Offense Charged
Criminal History
Ongoing pattern of criminal activity

**RECOMMENDATION:**

There are no conditions or combination of conditions to reasonably assure either the defendant's appearance in court or the safety of the community. Therefore, I respectfully recommend the defendant be detained.

| Pretrial Services Officer | Date | Time |
|---|---|---|
| Maria Monge | 08/17/2011 | 12:57 |
| Reviewed by: | | |
| Connie Irimia | | |

Page 4

§ <u>2252</u>.        Certain activities relating to material involving the sexual exploitation of minors

(a) Any person who--

   (1) knowingly transports or ships using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or mails, any visual depiction, if--

     (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

     (B) such visual depiction is of such conduct;

   (2) knowingly receives, or distributes, any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or through the mails, if--

     (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

     (B) such visual depiction is of such conduct;

   (3) either--

     (A) in the special maritime and territorial jurisdiction of the United States, or on any land or building owned by, leased to, or otherwise used by or under the control of the Government of the United States, or in the Indian country as defined in section 1151 of this title [18 USCS § 1151], knowingly sells or possesses with intent to sell any visual depiction; or

     (B) knowingly sells or possesses with intent to sell any visual depiction that has been mailed, shipped, or transported using any means or facility of interstate or foreign commerce, or has been shipped or transported in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported using any means or facility of interstate or foreign commerce, including by computer, if--

       (i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

       (ii) such visual depiction is of such conduct; or

   (4) either--

     (A) in the special maritime and territorial jurisdiction of the United States, or on any land or building owned by, leased to, or otherwise used by or under the control of the Government of the United States, or in the Indian country as defined in section 1151 of

USCS                                        1

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

this title [18 USCS § 1151], knowingly possesses, or knowingly accesses with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction; or

(B) knowingly possesses, or knowingly accesses with intent to view, 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if--

(i) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

(ii) such visual depiction is of such conduct;

shall be punished as provided in subsection (b) of this section.

(b) (1) Whoever violates, or attempts or conspires to violate, paragraph (1), (2), or (3) of subsection (a) shall be fined under this title and imprisoned not less than 5 years and not more than 20 years, but if such person has a prior conviction under this chapter, section 1591 [18 USCS § 1591], chapter 71, chapter 109A, or chapter 117 [18 USCS §§ 2251 et seq., §§ 1460 et seq., 2241 et seq., or 2421 et seq.], or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, such person shall be fined under this title and imprisoned for not less than 15 years nor more than 40 years.

(2) Whoever violates, or attempts or conspires to violate, paragraph (4) of subsection (a) shall be fined under this title or imprisoned not more than 10 years, or both, but if such person has a prior conviction under this chapter, chapter 71, chapter 109A, or chapter 117 [18 USCS §§ 2251 et seq., §§ 1460 et seq., 2241 et seq., or 2421 et seq.], or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, such person shall be fined under this title and imprisoned for not less than 10 years nor more than 20 years.

(c) **Affirmative defense.**  It shall be an affirmative defense to a charge of violating paragraph (4) of subsection (a) that the defendant--

(1) possessed less than three matters containing any visual depiction proscribed by that paragraph; and

(2) promptly and in good faith, and without retaining or allowing any person, other than a law

USCS                                        2

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

enforcement agency, to access any visual depiction or copy thereof--
    (A) took reasonable steps to destroy each such visual depiction; or
    (B) reported the matter to a law enforcement agency and afforded that agency access to each such visual depiction.

USCS                                     3

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

United States Marshals Service - LIMITED OFFICIAL USE

**USM-129 Individual Custody/Detention Report**

Prepared on: 09/01/2011



| Name: FLANDERS,LAVONT | USMS Number: 97156-004 | |
|---|---|---|

| CTR | COURT CASE # | DISTRICT OFFICE | JUDGE | US ATTORNEY | DEFENSE ATTORNEY |
|---|---|---|---|---|---|
| 1A | | FL/S MIAMI | | | |

| CTR | ARREST DATE | ARRESTING AGENCY | ARREST LOCATION | WARRANT NUMBER |
|---|---|---|---|---|
| 1A | 08/17/2011 | FEDERAL BUREAU OF INVESTIGATION | MIAMI FL | |

| CTR | CODE | OFFENSE | REMARK | DISPOSITION |
|---|---|---|---|---|
| 1A | 6407 | Sexual Exploitation Of Minor -Prostitution | | |

## III. COURT CASE STATUS HISTORY

| CTR | CC STATUS | START DATE | END DATE | REMARK |
|---|---|---|---|---|
| 1A | ARREST | 08/17/2011 | 08/17/2011 | |
| 1A | WT-TRIAL | 08/17/2011 | **/**/**** | |

## IV. CHRONOLOGICAL PRISONER HISTORY

| CTR: 1 | CUSTODY START DATE: 08/17/2011 | | | END DATE: **/**/**** | |
|---|---|---|---|---|---|
| INST | INSTITUTION NAME | ADMIT | RELEASE | BOARDED | ACTION OR DISPOSITION |
| MIM | FDC Miami | 08/17/2011 | **/**/**** | 16 | |
| | | TOTAL DAYS BOARDED | 16 (0 BND, 0 MED) | | |

## V. MEDICAL CONDITION/TREATMENT HISTORY

| DATE SERVICE PROVIDED | VENDOR | SERVICE PROVIDED |
|---|---|---|
| **/**/**** | | |

This Information is the Property of the U.S. Marshals Service and Shall Not be Publicly Released or Disseminated Without U.S. Marshals Service Authority.
Page 2 of 2

USCA11 Case: 12-10995    Document: 106    Date Filed: 11/20/2013    Page: 46 of 89



| Name: FLANDERS,LAVONT | USMS Number: 97156-004 | |
|---|---|---|

## III. MISCELLANEOUS INFORMATION

| CTR: 1 | CUSTODY START DATE: 08/17/2011 | END DATE: **/**/**** |
|---|---|---|
| PROPERTY MAILINGS | | |
| NO PROPERTY RECEIVED | | |

## IV. OFFENSE INFORMATION

| CTR | COURT CASE NO. | CUST DATE | ARREST AGY | STATUS | ARREST DATE |
|---|---|---|---|---|---|
| 1A | | 08/17/2011 | FEDERAL BUREAU OF INVESTIGATION | Waiting for Trial to complete | 08/17/2011 |

| OFFENSE | REMARK |
|---|---|
| 6407 - Sexual Exploitation Of Minor -Prostitution | |

BP-S377(58)
FEB 64

# U.S. DEPARTMENT OF JUSTICE

## PRISONER REMAND

**FEDERAL BUREAU OF PRISONS**

| ARRESTING OFFICER WILL COMPLETE ALL REQUIRED DATA ON THIS FORM PRIOR TO COMMITTING TO MCC/MDCs. | Register Number  97156-004 |
|---|---|

| Name: Last  Flanders | First  Lavont | Middle  N/A |
|---|---|---|

AKAs:

| Race (Check)  ✓ B _ W _ A _ I | Sex (Check)  ✓ M _ F | Ethnic Origin (Check)  _ Hispanic or _ Other | D.O.B.  10/14/70 | SSN:  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 | FBI:  INS:  Other: |
|---|---|---|---|---|---|

## CHARGES

CHECK CATEGORY OF CHARGES(S):
_ FELONY      _ MISDEMEANOR      _ CIVIL CONTEMPT      _ MATERIAL WITNESS

OTHER

NARRATIVE: Title: 18   USC: 1251      sexual exploitation of a minor
NARRATIVE: Title: _   USC: _

| Date of Offense: 8/17/11 | Date of Arrest: 8/17/11 | Place of Arrest: Miami Gardens, FL |
|---|---|---|

| State of Birth  FL | Country of Birth  USA | Citizenship  USA | Current Address  2231 NW 192 Terr  Miami Gardens, FL | Zip Code  33056 |
|---|---|---|---|---|

| Height  Ft: 5  In: 8 | Weight  160 lbs | Hair  BK | Eyes  BR | Scars / Marks / Tattoos |
|---|---|---|---|---|

| Injuries / Medication  NONE | Emergency Contact: (Name, Address, Phone Number) Darrell Flanders  18411 NW 30th Ave Miami Gardens |
|---|---|

| Arraigned  _ Y ✓ N | Sentenced  _ Y ✓ N | Special Handling: _ Y or ✓ N  Remarks: |
|---|---|---|

| IN | IN | IN | IN | IN |
|---|---|---|---|---|

| Remanding Official (Name)  Sign  Print  Regino E. Chavez | Agency/District  FBI / Southern FL | Phone/24 Hour Number  954-551-9274 |
|---|---|---|

| OUT | OUT | OUT | OUT | OUT |
|---|---|---|---|---|

| Removing Official (Name)  Sign  Print | Agency/District | Phone/24 Hour Number |
|---|---|---|

**FOR BOP USE ONLY**

| Receiving Official (Name)  Sign  S. Woods  Print | Date / Time  8-3-66 | Releasing Official (Name)  Sign  Print | Date / Time |
|---|---|---|---|

| Sentry Load Data: (Must Initial)  Name Search Completed by:  Clearance/Separate Checked by: | (OPTIONAL USE)  ARS Code  Add AKA's  Create Cash Account  Deposit Cash _ Amt.  Detainers  Court  Clothing Bag # | Staff Init.  SZ | RIGHT THUMBPRINT |
|---|---|---|---|

Original-for ISM as Remanding-Removal receipt; Copy-for Control as Removal Receipt (NCIC); Copy-For Removing Official; Copy-for Control as Remanding Receipt (Inmate); Copy-INS-Alien in Custody.

(This form may be replicated via WP)      This form replaces BP-S377(58) and BP-377(58) of JUL 91

SOUTHERN DISTRICT OF FLORIDA

| USMS # | LAST NAME | FIRST | MIDDLE |
|---|---|---|---|
| | Flanders | Lavont | None |

| SEX | RACE | HAIR CLR | EYE CLR | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| M | B | BK | BR | 5'8" | 160 lbs |

| DATE OF BIRTH | PLACE OF BIRTH | STATE | CITIZENSHIP |
|---|---|---|---|
| 10/14/70 | USA | FL | USA |

| FBI # | SOCIAL SECURITY # | ALIEN # | STATE/LOCAL # |
|---|---|---|---|
| | 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 | | |

| STREET ADDRESS | APT # | CITY | ST | ZIP | PHONE # |
|---|---|---|---|---|---|
| 2231 NW 192 Terr | | Miami Gardens | FL | 33056 | (305)-785-0769 |
| 18911 NW 30th Ave | | Miami Gardens | FL | | (954) 652 9325 |

MARITAL STATUS : Single

**********************************************************************

### ARREST INFORMATION

AGENCY: FBI    LOCATION OF ADDRESS: 162 NW 2 Ave, Miami, FL.

DATE / TIME OF ARREST: 5h7/11 6:30 AM CASE / WARRANT #: _____

**********************************************************************

### OFFENSE

DESCRIPTION: Sexual exploitation of Minor    TITLE 18    USC 1951

TITLE ____    USC ____

REMARKS: _____

**********************************************************************

SPECIAL HANDLING REMARKS (SEPERATIONS. MEDICAL. DRUG ADDICTIONS)?
None

**********************************************************************



USCA11 Case: 12-10995    Document: 160-1    Date Filed: 01/30/2013    Page: 49 of 89

```
         REGNO: 97156-004    NAME: FLANDERS, LAVONT              ORG:
RC/SEX/AGE: B/M/40   FORM D/T:                 RES: MIAMI, FL 33056
OFFN/CHG..: SEXUAL EXPLOITATION MINOR


    TODY..: IN          BIL:            CITIZENSHP: UNITED STATES OF AMERICA
CUM CONS.:                                        USM:
JUDGE....:              RECFACL/PGM:                            VOLSUR:
VS DT/LOC:                         MOS REL:        SEVERITY:
CHP/CHS/S:              VIOLENCE:                  ESCAPES.:
DETAINER.:              AGE:          EDUC LV:                      HGC:
DRUG/ALC.:             TOTAL:         SEC LVL:
PUB SAFTY:                         CAR MD/MH:                  OMDT REF:
CCM RMKS.:
```

P5110        DESIGNATION RECORD DOES NOT EXIST FOR THIS INMATE

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No. 12-15027-A

United States of America,

      Appellee,

V.

Lavont Flanders, Jr.

      Appellant.

TAB - V

**COURT MINUTES**

U.S. MAGISTRATE JUDGE __TED E. BANDSTRA__   - ATKINS BLDG __7TH FL__

DATE: 08/17/11   TIME: 1:30 P.M.   PAGE: 1

DEFT:   1) LAVONT FLANDERS, JR.   CASE NO   11-20557-CR-MOORE (SEALED)
(J)#97156-004

AUSA: Roy Altman   ATTY: _____

AGENT:   FBI   VIOL:   SEXUAL EXPLOITATION OF A MINOR

PROCEEDING:   INITIAL APPEARANCE   RECOMMENDED BOND: _____

BOND/PTD CONTESTED HRG - yes / no   CJA APP'T: _____

BOND SET @: _____   To be cosigned by: _____
INTERPRETER: English

Disposition: Unsealed (reopen)
Court

☐ All Standard Conditions.

☐ Surrender / or do not obtain passports / travel documents   Stated J. Fisher is Counsel

☐ Rpt to PTS as directed / or _____ x's a week/month   Not Present
by phone; _____ x's a week/month in person

☐ Refrain from excessive use of alcohol   Temp PTD Risk + danger

☐ Participate in a mental health assessment and treatment

☐ Random urine testing by Pretrial Services and/or treatment
as deemed necessary

☐ Not to encumber property.

☐ Maintain or seek full - time employment/education.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ May Not visit Transportation Establishments.

☐ Travel extended to: _____

☐ Home Confinement: Electronic Monitoring and/or Curfew __
_____, paid by _____

☐ Other_____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | 8-22 | | | |
| PTD/BOND HEARING: | 8-22 | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 8-22 | | | |
| STATUS CONFERENCE | | | | |

TAPE No.   11- E-   134355 - 1350  Z9   TIME IN COURT:   8
DAR

# COURT MINUTES

## Magistrate Judge Barry L. Garber

### King Building Courthouse - Room 1061

Date: 10/26/2011   Time: 10:00 A.M.

Defendant: Lavont Flanders   J#: 97156-004   Case #: 11-20557-cr-Moore

AUSA: _Ricci Altman_   Attorney: Christian Dunham

Violation: Sex trafficking of children

Proceeding: Bond Hearing _PTD_   CJA Appt: _____

Bond/PTD Held: Yes ☐ No   Recommended Bond: _PTD_

Bond Set at: _PTD - risk & danger_   Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: _English_

Disposition:

(arraigned 10/21/11)

PTD hrg. held

Arrtt: Fletcher, Detective - Miramar Police Dept. sworn & testified.

Deft detained - risk & danger

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. _10:48:50_   Time in Court: _45 min_

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No.  12-15027-A

United States of America

       Appellee,

V.

Lavont Flanders, Jr.

       Appellant.

TAB - VI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. **11-20557 CR-MOORE**

*/ TORRES*

IN RE SEALED INDICTMENT

UNITED STATES OF AMERICA

vs.

LAVONT FLANDERS, JR.
    a/k/a "Antone Cobe"
    a/k/a "Shannon"
    a/k/a "Larry Griffin"
    a/k/a "Karen Watson"
    a/k/a "Darius"
    a/k/a "Ladarius Cobe"
    a/k/a "Darius Cove"
    a/k/a "Errick Farmer"
    a/k/a "Eric Lawson"
    a/k/a "Erick Liwson"
    a/k/a "Tina Clintmore," and
EMERSON CALLUM
    a/k/a "Jah-T,"

        **Defendants.**
_____/

FILED by _____ D.C.

AUG 1 6 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the indictment, arrest warrants, and this Order, and the Court finding good cause:

IT IS HEREBY ORDERED that the indictment, arrest warrants, and this Order shall be filed under seal until the arrest of the first defendant or until further order of this Court; however, the United States Attorney's Office may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 16 day of August, 2011.

TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

cc:    Roy K. Altman
       Roy.Altman@usdoj.gov
       ASSISTANT UNITED STATES ATTORNEY
       Court No. A5501271
       99 N.E. 4th Street
       Miami, FL 33132
       (305) 961-9435 Office
       (305) 536-4676 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20557 CR-MOORE

18 U.S.C. § 371
18 U.S.C. § 1591(a)(1) and (b)(1)
18 U.S.C. § 1591(a)(2) and (b)(1)          /TORRES
18 U.S.C. § 1594(c)
18 U.S.C. § 1594(a)
18 U.S.C. § 1594(d)
21 U.S.C. § 841(b)(2)
21 U.S.C. § 853

FILED by _____ D.C.

AUG 16 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

UNITED STATES OF AMERICA

vs.

LAVONT FLANDERS, JR.
        a/k/a "Antone Cobe"
        a/k/a "Shannon"
        a/k/a "Larry Griffin"
        a/k/a "Karen Watson"
        a/k/a "Darius"
        a/k/a "Ladarius Cobe"
        a/k/a "Darius Cove"
        a/k/a "Errick Farmer"
        a/k/a "Eric Lawson"
        a/k/a "Erick Liwson"
        a/k/a "Tina Clintmore," and
EMERSON CALLUM
        a/k/a "Jah-T,"

        Defendants,
_____/

INDICTMENT

The Grand Jury charges that:

GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.        www.ModelMayhem.com was a social networking website tailored to men and

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 11-20557-CR-KMM (s)

18 U.S.C. § 371
18 U.S.C. § 1591(a)(1) and (b)(1)
18 U.S.C. § 1591(a)(2) and (b)(1)
18 U.S.C. § 1594(c)
18 U.S.C. § 1594(a)
18 U.S.C. § 1594(d)
21 U.S.C. § 841(b)(2)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

**LAVONT FLANDERS, JR.**
    a/k/a "Antone Cobe"
    a/k/a "Shannon"
    a/k/a "Larry Griffin"
    a/k/a "Karen Watson"
    a/k/a "Darius"
    a/k/a "Darius Cove"
    a/k/a "Errick Farmer"
    a/k/a "Eric Lawson"
    a/k/a "Erick Liwson"
    a/k/a "Tina Clintmore"
    a/k/a "Erick Blossom," and

**EMERSON CALLUM**
    a/k/a "Jah-T,"

    Defendants,
_____/

### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.    www.ModelMayhem.com was a social networking website tailored to men and

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case No.  12-15027-A

United States of America,

        Appellee,

V.

Lavont Flanders, Jr.

        Appellant.

## TAB - VII

This panel should start a Senate Investigation into the
misconduct of the court due to the undisputed amount of
evidence before this panel that more than proves that there
was also Judicial Misconduct on behalf of Judge Ted E.Bandstra
who allowed the AUSA to exchange the True Bill for the Fake
Indictment. Judge K.Micheal Moore who was fully aware and
authored the misconduct and who also used the power of his
Office to block access to the Grand Jury Proceedings and other
vital FBI reports. Judge Barry L.Garber also had first hand
knowledge of the Misconduct. Barbara A.Martinez and Wilfredo
A.Ferrer also knew of the criminal misconduct and acted along
with Roy Altman.

1

```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                        MIAMI DIVISION

 3            Case No. 11-CR-20557-MOORE/BANDSTRA

 4   THE UNITED STATES OF AMERICA,

 5
                   Plaintiff,
 6
                                     MIAMI, FLORIDA
 7   vs.                             AUGUST 17, 2011

 8

     LAVONT FLANDERS, JR. &
 9   EMERSON CALLUM,

10            Defendants
     ------------------------------------------------------
11
              TRANSCRIPT OF INITIAL APPEARANCE HEARING
12            BEFORE THE HONORABLE TED E BANDSTRA,
                 UNITED STATES MAGISTRATE JUDGE
13   APPEARANCES:

14   FOR THE GOVERNMENT:
                           UNITED STATES ATTORNEY'S OFFICE
15                         FOR THE SOUTHERN DISTRICT OF FLORIDA
                           99 N.E. 4th Street
16                         Miami, Florida 33132
                           BY: ROY ALTMAN, A.U.S.A.
17
     FOR THE DEFENDANTS:
18

19                         (NO APPEARANCES PRESENT)

20

21

22

     REPORTED BY:          JERALD M. MEYERS, RPR.
23                         J.M. COURT REPORTING, INC.
                           1601 N.W. 109th Terrace
24                         Pembroke Pines, Florida
                           Telephone: 954-431-4757
25                         E-mail Address: CRJM@AOL.COM
```

2

```
1    (Call to order of the Court)
2            THE CLERK:  United States of America versus Lavont
3    Flanders, Jr. and Emerson Callum, case number
4    11-20557-Criminal-Moore, and this is a sealed matter.
5            MR. ALTMAN:  Good afternoon, Your Honor.  Roy Altman
6    on behalf of the United States.
7            THE COURT:  Mr. Altman.  We will unseal the indictment
8    at this time, and I will ask each of these defendants to state
9    their name.  Mr. Flanders, would you step to the microphone and
10   state your name.
11           THE DEFENDANT FLANDERS:  Lavont Flanders.
12           THE COURT:  And, Mr. Callum, would you do the same.
13           THE DEFENDANT CALLUM:  Emerson Callum.
14           THE COURT:  Mr. Flanders, you are charged in a, both
15   of you are charged in an indictment which names you both as
16   defendants, and it is the only defendants in this case.
17           The charges are summarized as sexual exploitation of a
18   minor and sex trafficking of children by force, fraud or
19   coercion.
20           MR. ALTMAN:  Your Honor, as a correction, there is no
21   allegation that there were any minors involved.
22           THE COURT:  All right.  Then it will be sexual
23   exploitation, sex trafficking by force, fraud or coercion.
24           The indictment that I have before me charges that
25   these offenses occurred beginning at least as early as May of
```

3

1   2006 and continuing through on or about July 18th of 2007.

2   That's Count I in this county and in Broward County.  That is

3   the conspiracy charge.

4        There are further charges in this indictment.  Count

5   II charges from on or about May of 2006 through May 17th of

6   2006 that you together did recruit, entice, harbor transport,

7   provide and obtain a person identified by initials knowing that

8   fraud would be used to cause such person to engage in a

9   commercial sex act.

10       There is a Count III which charges you both with the

11  distribution of a controlled substance; that being Alprazolam.

12  Do you know how to say that?

13       MR. ALTMAN:  Alprazolam.

14       THE COURT:  Alprazolam, commonly referred to as Xanax,

15  and further counts, relating similar counts in this indictment.

16       You each have the right to remain silent in court.

17  Anything that you say can and might be used against you at a

18  later time.  You each have the right to have attorneys present

19  with you in court.  Do we have attorneys?  No.  We don't have

20  attorneys.

21       You each have the right to have attorneys with you

22  present in court each to select your own attorney.  If you

23  cannot afford to hire attorneys, lawyers will be appointed for

24  you by the court.

25       Mr. Flanders, do you have a lawyer or money to hire a

4

1   lawyer?

2               THE DEFENDANT FLANDERS:  I have an attorney yes, sir.

3               THE COURT:  Pardon?

4               THE DEFENDANT FLANDERS:  I have an attorney.

5               THE COURT:  Do you know the name of the lawyer?

6               THE DEFENDANT FLANDERS:  Joshua Fisher.

7               THE COURT:  Fisher?

8               THE DEFENDANT FLANDERS:  Yes, sir.

9               THE COURT:  All right.  Is he expected to be here in

10  court today with you or not?

11              THE DEFENDANT FLANDERS:  No.

12              THE COURT:  All right.  But you expect him to be your

13  attorney in this case at a later time?

14              THE DEFENDANT FLANDERS:  Yes, Your Honor.

15              THE COURT:  All right.  Thank you.  Mr. Callum, what

16  about you?  Do you have a lawyer?

17              THE DEFENDANT CALLUM:  Yes, Your Honor.

18              THE COURT:  Do you know his name?

19              THE DEFENDANT CALLUM:  Thomas P. O'Connor.

20              THE COURT:  O'Connor?

21              THE DEFENDANT CALLUM:  O'Connor.

22              THE COURT:  All right.  And do you expect him to be in

23  court with you here today?

24              THE DEFENDANT CALLUM:  No, sir.

25              THE COURT:  All right.  You do expect, though, that he

1   will be your attorney in this case?

2           THE DEFENDANT CALLUM:  Yes, Your Honor.

3           THE COURT:  All right.  I am going to be setting a

4   date in just a minute for both attorneys to be present in court

5   with you, and on that same date will be the date for your

6   arraignment, assuming that they will filing and are able to

7   file permanent appearances in this court.

8           I will ask now the government's bond recommendation.

9           MR. ALTMAN:  Your Honor, we are asking that both

10  defendants be detained pending their criminal trial because we

11  believe they are both a risk of flight and a danger to the

12  community.

13          THE COURT:  Can the government request a continuance

14  to allow the defendants to obtain counsel?

15          MR. ALTMAN:  Yes, sir.  We will ask for 3 days until

16  Monday, Your Honor.

17          THE COURT:  All right.  Mr. Flanders and Mr. Callum,

18  you have heard through the Assistant United States Attorney

19  that the United States is requesting that you be held in

20  pretrial detention up until the time of trial.

21          You do have the right to have a hearing.  It is called

22  a pretrial detention hearing, and at that hearing the court

23  would hear from the United States as to the nature of these

24  offenses and the basis of its request.

25          You then through counsel, through your attorneys,

6

1    would have the right to bring other matters to the attention of

2    the court that your lawyers and yourselves would believe would

3    entitle you to be released on bond conditions.

4            The government has the right under the statute to

5    request a continuance of that hearing, and you also both need

6    some time to make the arrangements for the attorneys that you

7    have told me about.

8            If on Monday, that hearing will be on Monday, which is

9    the 22nd of this month, August 22.  If you find that the

10   attorneys whose names you gave me today cannot represent you

11   for whatever reason, you can either ask for additional time on

12   Monday or you can ask the Court to appoint attorneys for you at

13   that time.  Do you understand that, Mr. Flanders?

14           THE DEFENDANT FLANDERS:  Yes, Your Honor.

15           THE COURT:  Do you have a question?

16           THE DEFENDANT FLANDERS:  Yes.

17           THE COURT:  What is it?

18           THE DEFENDANT FLANDERS:  Why can't I be out on bond?

19           THE COURT:  Because the government is requesting

20   pretrial detention.  Is it on the basis of risk of flight or

21   danger to the community, or both?

22           MR. ALTMAN:  Both, Your Honor.

23           THE COURT:  There are two bases or two grounds that

24   the government can use to request that a defendant be held in

25   pretrial detention, and they are requesting, or the government

7

1    is requesting on both grounds, a risk of flight and a danger to

2    the community.

3            That's the answer to your question, but do you

4    understand the hearing will be on Monday?

5            THE DEFENDANT FLANDERS:  Yes.

6            THE COURT:  All right.  Mr. Callum, do you understand

7    this as well?

8            THE DEFENDANT CALLUM:  Yes, sir.

9            THE COURT:  All right.  No bond conditions will be set

10    before that time.  You may both be seated at this time.

11    Monday's hearing will be for the arraignment and the pretrial

12    detention hearing.

13            THE CLERK:  And the report re: counsel.

14            THE COURT:  And the report re: counsel.

15            MR. ALTMAN:  Thank you, Your Honor.

16            THE COURT:  You are welcome.

17            (Whereupon the proceedings were concluded)

18

19

20

21

22

23

24

25

1

2                        C E R T I F I C A T E

3            I hereby certify that the foregoing is an accurate

4    transcription of proceedings in the above-entitled matter.

5

     NOVEMBER 2, 2011            S/JERALD M. MEYERS
6    _____            _____

7         DATE                        JERALD M. MEYERS, RPR-CM

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case no. 12-15027-A

United States of America,

       Appellee,

v.

Lavont Flanders, Jr.

       Appellant.

TAB - VIII

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-20557-CR-KMM

UNITED STATES OF AMERICA

vs.

LAVONT FLANDERS, JR.
     a/k/a "Antone Cobe"
     a/k/a "Shannon"
     a/k/a "Larry Griffin"
     a/k/a "Karen Watson"
     a/k/a "Darius"
     a/k/a "Darius Cove"
     a/k/a "Errick Farmer"
     a/k/a "Eric Lawson"
     a/k/a "Erick Liwson"
     a/k/a "Tina Clintmore"
     a/k/a "Erick Blossom"
     a/k/a "Gregory Bagget," and

     Defendant,
_____/

**GOVERNMENT'S RESPONSE TO (1) DEFENDANT FLANDERS' MOTION FOR A
COMPETENCY EVALUATION (DE 158), AND (2) DEFENDANT FLANDERS'
MOTION FOR A CONTINUANCE**

**FACTUAL BACKGROUND**

The defendant was arrested on August 17, 2011, and charged with conspiring to commit, and

actually committing, numerous violations of 18 U.S.C. § 1591. In short, the defendant and his co-

defendant, Emerson CALLUM, perpetrated over the course of several years a complex and cynical

fraud that involved luring women to South Florida by promising them an opportunity to audition for

modeling roles that never existed. Once here, the defendant drugged the victims and then filmed

CALLUM having sex with them – all in the hopes of later selling the video-footage of those sexual

assaults over the Internet and at local pornography stores.

Prior to the defendant's trial, the undersigned requested and listened to all of the defendant's

jail calls. In doing so, one thing became obvious: The defendant was using the jail call accounts of fellow inmates whose jail calls, he believed, the undersigned would be unable to access. When the undersigned shared these suspicions with the Bureau of Prisons (BOP), the BOP ran the phone numbers of the people the defendant called most often through its jail call database. What the BOP found was that the defendant had convinced no less than five other inmates to allow him to use their accounts in order to make his more private phone calls to his girlfriend and brother.

In these recordings, the defendant appears at all times lucid and alert: asking questions about his case, instructing his girlfriend to raise certain possible defenses with his lawyers, calling into question the credibility of the victims who would be testifying against him, and ordering his friends and family to investigate what he believed to be critical faults in the Government's case. In one instance, the defendant even evinced frustration at his detention, telling his girlfriend that, if he had not been detained pending trial, he could be out investigating the case himself.

What is missing from any of these recordings, however, is any indication that the defendant's psychological faculties were in any way impaired. This is unsurprising: Although the defendant has worked for two different police departments and the Department of Homeland Security, and despite his numerous arrests, so far as the Government is aware, the defendant has never been diagnosed with any of the symptoms of any psychological disorder.

Indeed, since his arrest in this case, the defendant has met with counsel on numerous occasions and appeared in court no less than eleven (11) times – all without any indication of mental illness or mental defect of any kind.[1] So, for example, on August 17, 2011, the defendant made his initial appearance in federal court without incident. At the hearing, the defendant answered the

_____

[1] Four pre-trial hearings and seven days of trial.

2

Court's questions about whether he had a lawyer cogently and concisely. Indeed, at one point, the defendant interrupted the Court and asked "Why can't I be out on bond?" DE 148 (Transcript of Defendant's Initial Appearance), at 19. When the Court explained that the Government was seeking that he be detained, the defendant indicated that he understood. One week later, on August 24, 2011, the defendant was arraigned without incident. On October 21, 2011, the defendant was arraigned on the charges contained in the Superseding Indictment – again without incident. Five days later, on October 26, 2011, the defendant was present for a length detention hearing in front of the Honorable Barry L. Garber, United States Magistrate Judge. Again, neither the defendant nor his lawyers reported any issues with his mental competence. Then, beginning on November 30, 2011, the defendant sat quietly through nearly two weeks of trial. During the course of these two weeks, the defendant appeared to take notes of the goings-on and actively conferred with his lawyers during both direct- and cross-examination. At no time did the defendant (or his lawyers) complain about his competency.

On January 13, 2012, everything changed, because, on that day, the defendant's pre-sentence investigation report, which recommended a sentencing range of between 262 and 327 months, was issued. Three days later, on January 16, 2012, the defendant wrote a letter to the Honorable Ted E. Bandstra, United States Magistrate Judge, asking for a copy of the Indictment and expressing, for the very first time, some confusion about the charges against him. (In the letter, the defendant indicated that he had been charged with sexual exploitation of a minor when, of course, he had not been). Ten days later, on January 26, 2012, the defendant filed a *pro se* motion to dismiss his attorney on the grounds that his attorney had failed to investigate the possibility that the Government had inappropriately presented evidence of child exploitation to the Grand Jury. Then, on February

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-20557-CR-KMM

UNITED STATES OF AMERICA

vs.

LAVONT FLANDERS, JR.
    a/k/a "Antone Cobe"
    a/k/a "Shannon"
    a/k/a "Larry Griffin"
    a/k/a "Karen Watson"
    a/k/a "Darius"
    a/k/a "Darius Cove"
    a/k/a "Errick Farmer"
    a/k/a "Eric Lawson"
    a/k/a "Erick Liwson"
    a/k/a "Tina Clintmore"
    a/k/a "Erick Blossom"
    a/k/a "Gregory Bagget," and

    Defendant,
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT FLANDERS' MOTION TO DISMISS ATTORNEY BASED ON INEFFECTIVE ASSISTANCE OF COUNSEL

On February 2, 2012, the defendant, Lavont Flanders, Jr., filed a motion to dismiss his

attorney based on what Flanders claims was his attorney's ineffective assistance. DE 148. Although

the defendant's motion technically implicates only his relationship with his attorney, the United

States hereby responds in order to clarify certain misstatements contained in the defendant's motion.

The defendant seeks to dismiss his counsel – and claims that his counsel was ineffective –

on the grounds that his counsel did not investigate the possibility that the Government had

inappropriately presented evidence of child molestation to the Grand Jury.[1] In support of his position

_____

[1] The defendant also claims that the Government falsely told the Grand Jurors that Victim
L.W. was assaulted in May of 2007, when in fact L.W. did not fly down to South Florida until May
of 2010. Although the defendant cites to a portion of the Grand Jury transcript in which an FBI

that the Government presented such evidence, the defendant cites a portion of the transcript of his

initial appearance before the Honorable Ted E. Bandstra, United States Magistrate Judge, where

Judge Bandstra, in summarizing the charges against the defendant, mistakenly said: "Mr. Flanders,

you are charged in a, both of you are charged in an indictment which names you both as defendants.

. . . The charges are summarized as sexual exploitation of a minor and sex trafficking of children by

force, fraud or coercion." DE 148, at 15. The defendant further claims that, during the booking

process, a corrections officer also informed him that he had been charged with sexual exploitation

of a minor – a fact the defendant says was confirmed by certain documents related to the case,

including the pre-trial services report and the defendant's booking sheet, both of which state that the

defendant had been charged with sexual exploitation of a minor. Finally, the defendant points to the

fact that Special Agent Carpinteri, the FBI agent assigned to his case, works in an FBI unit that

investigates crimes against children as support for his claim that the Government presented to the

Grand Jury evidence of child molestation. In summary, then, the defendant seems to believe that he

was tried on charges of sex trafficking of adult women, when in fact he was charged by the Grand

Jury with some form of child exploitation. The defendant's position is frivolous and has no basis in

fact. As a result, his counsel cannot be faulted for failing to investigate it.

To begin with, of course, the Government presented no evidence of child exploitation to the

Grand Jury. To the contrary, the Government presented evidence only of the crimes charged in the

Indictment (and, later, the Superseding Indictment), which, contrary to what the defendant believes,

---

Special Agent apparently testified that L.W. had flown down in May of 2007, this was obviously an
error, either by the court reporter or by the agent. In any event, the rest of the Agent's testimony,
coupled with two summary sheets provided to the Grand Jurors during their deliberations, confirmed
the correct date of L.W.'s travel and assault: May 17, 2010.

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2012, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF.

*s/ Roy K. Altman*
Roy K. Altman
Assistant United States Attorney

5

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Case no.  12-15027-A

United States of America,

        Appellee,

V.

Lavont Flanders, Jr.

        Appellant.

## TAB - IX

Roy Altman lies throughout the court record about the true
charges indicted. He also lied before a Grand Jury along with
the FBI Agents. This panel should also know that all reports
from the FBI and FDLE show that they were investigating crimes
against children. The same crimes of Sexual Exploitation of
Minors-Prostitution and Sex Trafficking of Children appear in
their reports that were used as evidence to secure search and
seizure warrant.

AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>2231 NW 192nd Terrace, Miami Gardens, FL 33056,<br>and any electronic media contained therein. | )<br>)<br>)<br>)<br>)<br>) Case No. 11-3077 - Bandstra |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____Southern_____ District of _____Florida_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 1591(a)(1) and (b)(1) | In or affecting interstate commerce, recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining a person, knowing that fraud would be used to cause such person to engage in a commercial sex act |

The application is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Alexis Carpinteri, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____08/15/2011_____

*Judge's signature*

City and state: Miami, FL

Ted E. Bandstra, United States Magistrate Judge
*Printed name and title*

SW001366

## AFFIDAVIT

I, Alexis Carpinteri, being duly sworn, depose and state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since January 1997. I am thus an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Section 1591 and Title 18, United States Code, Section 2423 et seq. I am currently assigned to the investigation of cases involving crimes against children. These investigations have included the use of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of search, arrest, and seizure warrants. I have participated in investigations involving sexual assaults, pedophiles, preferential child molesters, persons who collect and distribute child pornography, and the importation and distribution of materials relating to the sexual exploitation of children. I have received training from the FBI in the areas of sexual assaults and child exploitation, and I have reviewed thousands of images and videos of child pornography in a wide variety of media forms, including computer media. I have also discussed and reviewed these materials with other law enforcement officers.

2.     This affidavit is made in support of an application for a warrant authorizing the search of a residence located at 2231 NW 192nd Terrace, Miami Gardens, Florida 33056 (hereinafter "the Residence"), and any electronic media contained therein, as more particularly described in Attachment A, for the items described in Attachment B.

3.     Based on the information set forth in this affidavit, there is probable cause to believe that, at the Residence, there exist fruits, instrumentalities, and evidence of violations of 18 U.S.C. §§ 1591(a)(1) and (b)(1), that is, in and affecting interstate and foreign commerce, recruiting,

SW001367

d.    opening files in order to determine their contents;

e.    scanning storage areas;

f.    performing key word searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are likely to appear in the evidence described in Attachment B; and/or

g.    performing any other data analysis technique that may be necessary to locate and retrieve the evidence described in Attachment B.

## CONCLUSION

59.    Your Affiant therefore respectfully requests that the attached warrant be issued authorizing the search of the Premises listed in Attachment A and the seizure and search of the items listed in Attachment B.

60.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction," as defined by 18 U.S.C. § 2711. *See* 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that - has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

ALEXIS CARPINTERI, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and Sworn to Before me this 1st day of _____, 2011.

TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE

20

SW001386

**18 U.S.C. § 1591. Sex trafficking of children or by force, fraud, or coercion**

(a) Whoever knowingly—

   (1) in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, or maintains by any means a person; or

   (2) benefits, financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1),

knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion described in subsection (e)(2), or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act, shall be punished as provided in subsection (b).

(b) The punishment for an offense under subsection (a) is—

   (1) if the offense was effected by means of force, threats of force, fraud, or coercion described in subsection (e)(2), or by any combination of such means, or if the person recruited, enticed, harbored, transported, provided, or obtained had not attained the age of 14 years at the time of such offense, by a fine under this title and imprisonment for any term of years not less than 15 or for life; or

   (2) if the offense was not so effected, and the person recruited, enticed, harbored, transported, provided, or obtained had attained the age of 14 years but had not attained the age of 18 years at the time of such offense, by a fine under this title and imprisonment for not less than 10 years or for life.

(c) In a prosecution under subsection (a)(1) in which the defendant had a reasonable opportunity to observe the person so recruited, enticed, harbored, transported, provided, obtained or maintained, the Government need not prove that the defendant knew that the person had not attained the age of 18 years.

(d) Whoever obstructs, attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be fined under this title, imprisoned for a term not to exceed 20 years, or both.

- 1 -

§ 2423.        Transportation of minors

(a) **Transportation with intent to engage in criminal sexual activity.**  A person who knowingly transports an individual who has not attained the age of 18 years in interstate or foreign commerce, or in any commonwealth, territory or possession of the United States, with intent that the individual engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense, shall be fined under this title and imprisoned not less than 10 years or for life.

(b) **Travel with intent to engage in illicit sexual conduct.**  A person who travels in interstate commerce or travels into the United States, or a United States citizen or an alien admitted for permanent residence in the United States who travels in foreign commerce, for the purpose of engaging in any illicit sexual conduct with another person shall be fined under this title or imprisoned not more than 30 years, or both.

(c) **Engaging in illicit sexual conduct in foreign places.**  Any United States citizen or alien admitted for permanent residence who travels in foreign commerce, and engages in any illicit sexual conduct with another person shall be fined under this title or imprisoned not more than 30 years, or both.

(d) **Ancillary offenses.**  Whoever, for the purpose of commercial advantage or private financial gain, arranges, induces, procures, or facilitates the travel of a person knowing that such a person is traveling in interstate commerce or foreign commerce for the purpose of engaging in illicit sexual conduct shall be fined under this title, imprisoned not more than 30 years, or both.

(e) **Attempt and conspiracy.**  Whoever attempts or conspires to violate subsection (a), (b); (c), or (d) shall be punishable in the same manner as a completed violation of that subsection.

(f) **Definition.**  As used in this section, the term "illicit sexual conduct" means (1) a sexual act (as defined in section 2246 [18 USCS § 2246]) with a person under 18 years of age that would be in violation of chapter 109A [18 USCS §§ 2241 et seq.] if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; or (2) any commercial sex act (as defined in section 1591 [18 USCS § 1591]) with a person under 18 years of age.

(g) **Defense.**  In a prosecution under this section based on illicit sexual conduct as defined in subsection (f)(2), it is a defense, which the defendant must establish by a preponderance of the evidence, that the defendant reasonably believed that the person with whom the defendant engaged in the commercial sex act had attained the age of 18 years.

USCS                                              1

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

**Effective Date: The effective date of this amendment is November 1, 2002.**

641.  **Amendment:**    Chapter Two is amended in the heading of Part G by striking "PROSTITUTION" and inserting "COMMERCIAL SEX ACTS".

Chapter Two, Part G is amended in the heading of Subpart 1 by striking "PROSTITUTION" and inserting "A COMMERCIAL SEX ACT".

Section 2G1.1 is amended in the heading by striking "Prostitution" and inserting "A Commercial Sex Act".

Section 2G1.1(b)(1) is amended by striking "prostitution" and inserting "a commercial sex act"; by inserting "fraud," after "force,"; and by striking "by threats or drugs or in any manner".

Section 2G1.1(b)(4) is amended by striking "prostitution" each place it appears and inserting "a commercial sex act".

Section 2G1.1(b)(5) is amended by striking "prostitution" and inserting "a commercial sex act".

Section 2G1.1(c)(3) is amended by striking "prostitution" and inserting "a commercial sex act".

Section 2G1.1(d)(1) is amended by striking "prostitution" and inserting "a commercial sex act".

The Commentary to §2G1.1 captioned "Application Notes" is amended in Note 1 by inserting after "For purposes of this guideline—" the following paragraph:

"'Commercial sex act' has the meaning given that term in 18 U.S.C. § 1591(c)(1).";

and by striking the last two paragraphs as follows:

"'Promoting prostitution' means persuading, inducing, enticing, or coercing a

person to engage in prostitution, or to travel to engage in, prostitution.

'Victim' means a person transported, persuaded, induced, enticed, or coerced to engage in, or travel for the purpose of engaging in, prostitution or prohibited sexual conduct, whether or not the person consented to the prostitution or prohibited sexual conduct. Accordingly, 'victim' may include an undercover law enforcement officer.",

and inserting the following:

"'Promoting a commercial sex act' means persuading, inducing, enticing, or coercing a person to engage in a commercial sex act, or to travel to engage in, a commercial sex act.

'Victim' means a person transported, persuaded, induced, enticed, or coerced to engage in, or travel for the purpose of engaging in, a commercial sex act or prohibited sexual conduct, whether

ucsent                                           1

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

or not the person consented to the commercial sex act or prohibited sexual conduct. Accordingly, 'victim' may include an undercover law enforcement officer.".

The Commentary to §2G1.1 captioned "Application Notes" is amended in Note 2 by inserting "fraud," after "force,"; and by striking "prostitution" and inserting "commercial sex act".

The Commentary to §2G1.1 captioned "Application Notes" is amended in Notes 3, 4, 7, 8, and 11 by striking "prostitution" each place it appears and inserting "a commercial sex act".

The Commentary to §2G1.1 captioned "Application Notes" is amended in Note 10 by striking "kidnaping" each place it appears and inserting "kidnapping".

The Commentary to §2G1.1 captioned "Application Notes" is amended by striking Note 12 as follows:

"12.     Upward Departure Provisions.—An upward departure may be warranted in either of the following circumstances:

(A)     The defendant was convicted under 18 U.S.C. § 1591 and the offense involved a victim who had not attained the age of 14 years.

(B)     The offense involved more than 10 victims.",

and inserting the following:

"12.     Upward Departure Provision.—An upward departure may be warranted if the offense involved more than 10 victims.".

**Reason for Amendment:** This amendment ensures that appropriately severe sentences for sex trafficking crimes apply to commercial sex acts such as production of child pornography, in addition to prostitution, and also targets offenders who use fraud to entrap victims. It makes several changes to §2G1.1 (Promoting Prostitution or Prohibited Sexual Conduct) to address more adequately the portion of section 112(b) of the Victims of Trafficking and Violence Protection Act of 2000 (the "Act"), Pub. L. 106–386, pertaining to the new offense at 18 U.S.C. § 1591, which prohibits knowingly transporting or harboring any person, or benefitting from such transporting or harboring, knowing either that force, fraud, or coercion will be used to cause that person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be forced to engage in a commercial sex act.

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

AZ010147C                                ICN ISIS0001000022174769

THE ENCLOSED RECORD, DATED 2012/06/19, WITH THE FBI NUMBER 653978AC1 AND
IAFIS CONTROL NUMBER (ICN) ISIS0001000022174769 IS BEING PROVIDED AS THE
RESULT OF SUBJECT CRIMINAL HISTORY RESPONSE REQUEST.


DATA RELATED TO THIS RECORD WAS REQUESTED FROM THE FOLLOWING:


  FLORIDA        - STATE ID/FL03002934
  FBI            - FBI/653978AC1


SINCE THIS RESPONSE CONTAINS NATIONAL FINGERPRINT FILE (NFF) REGULATED
DATA, THE RESPONSE MAY NOT BE COMPLETE. IF THE RESPONSE IS INCOMPLETE,
PLEASE CONTACT THE CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
OR THE STATE BUREAU(S) TO REQUEST A COMPLETE RECORD.


          AZ010147C
          US PENITENTIARY
          9300 S WILMOT RD
          TUCSON,AZ 85706

HDR/2101794709881
ATN/ISIS0001000022174769794709989

*********************** CRIMINAL HISTORY RECORD ***********************

DATA AS OF 2012-06-19

*********************** INTRODUCTION ***********************

THIS RAP SHEET WAS PRODUCED IN RESPONSE TO THE FOLLOWING REQUEST:
FBI NUMBER
65397BACL
STATE ID NUMBER
FL03002934 (FL)

REQUEST ID                    0022174769
PURPOSE CODE                  C

ATTENTION
ISIS0001000022174769794709989
THE INFORMATION IN THIS RAP SHEET IS SUBJECT TO THE FOLLOWING CAVEATS:
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE (FL)
** ARREST SEALED PURSUANT TO LAWS OF FLORIDA 88-248 ** (FL)
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A
CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY
THAT CONTRIBUTED THE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED
FOR CRIMINAL JUSTICE PURPOSES AS DEFINED BY THE CODE OF FEDERAL
REGULATIONS. (FL)
THIS IS A MULTI-SOURCE OFFENDER RECORD. (FL)

*********************** IDENTIFICATION ***********************

SUBJECT NAME(S)
FLANDERS, LAVONT
FLANDERS, LAVONT JR (AKA)
SUBJECT DESCRIPTION
FBI NUMBER                    STATE ID NUMBER
65397BACL                     FL03002934 (FL)
SOCIAL SECURITY NUMBER
266577506
SEX                           RACE
MALE
                              BLACK
WEIGHT                        DATE OF BIRTH
HEIGHT          160           1970-01-14
5'08"                         EYE COLOR
HAIR COLOR                    BROWN
BROWN
PLACE OF BIRTH
FLORIDA
EMPLOYMENT
OCCUPATION                    BUS DRIVER
EMPLOYER
RESIDENCE
RESIDENCE AS OF
HOMELESS, MIAMI, FL.

*********************** CRIMINAL HISTORY ***********************
================================ CYCLE 001 ================================
TRACKING NUMBER               001
EARLIEST EVENT DATE 1989-11-22 INCIDENT DATE 1989-11-22
-------------------------------------------------------------
ARREST DATE                   1989-11-22
ARREST CASE NUMBER            118931
FL0330000
ARRESTING AGENCY              JEFFERSON COUNTY SHERIFF'S OFFICE
ARREST TYPE ADULT
CHARGE                        001
CHARGE NUMBER                 118931
CHARGE TRACKING NUMBER        0001981618

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

AZ010147C                              ICN ISIS0001000022174769

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                          FBI NO.        DATE REQUESTED
FLANDERS,LAVONT               653978AC1      2012/06/19

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR
M     B      1970/10/14   508      160      BRO    BLK

BIRTH PLACE
FLORIDA

PATTERN CLASS                   CITIZENSHIP
UP UC UP UP UP UP UC UP UP UP    UNITED STATES
UP UC UP UP UP UP UC UP UP UP
            UP UC UP UP UP UP UC UP UP UP

1-ARRESTED OR RECEIVED 2011/08/17
    AGENCY-FBI NORTH MIAMI BEACH (FLFBIMM00)
    NAME USED-FLANDERS,LAVONT JR
        CHARGE 1-CONSPIRACY TO RECRUIT, ENTICE, HARBOR, TRANSPORT,
                PROVIDE, OBTAIN AND MAINTAIN A PERSON
        CHARGE 2-TO BENEFIT FROM PARTICIPATION IN A VENTURE WHICH HAS
                ENGAGED IN AN ACT IN VIOLATION
        CHARGE 3-KNOWING THAT FRAUD WOULD BE USED TO CAUSE THAT PERSON TO
                ENGAGE IN A COMMERCIAL SEX ACT

2-ARRESTED OR RECEIVED 2011/08/17A
    AGENCY-FBI NORTH MIAMI BEACH (FLFBIMM00)
    NAME USED-FLANDER,LAVONT
        CHARGE 1-6407-SEXUAL EXPLOITATION OF MINOR -PROSTITUTION

PHOTO INFORMATION
1-TWO PHOTOS AVAILABLE
2-TWO PHOTOS AVAILABLE

RECORD UPDATED 2012/03/13


ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

AZ010147C                                    ICN ISIS0001000022174769

THE FOLLOWING FBI IDENTIFICATION RECORD FOR 653978AC1 IS FURNISHED FOR
OFFICIAL USE ONLY.  THIS RECORD IS BEING FURNISHED UPON THE
DESCRIPTIVE INFORMATION IN YOUR REQUEST AND NOT AS THE RESULT OF A
FINGERPRINT COMPARISON.  CONSEQUENTLY, THE FBI CANNOT GUARANTEE THAT
THIS RECORD CONCERNS THE PERSON IN WHOM YOU ARE INTERESTED.

DESCRIPTORS ON FILE ARE AS FOLLOWS:

NAME FLANDERS,LAVONT

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|-----|------|------------|--------|--------|------|------|
| M | B | 1970/10/14 | 508 | 160 | BROWN | BLACK |

BIRTH CITY      BIRTH PLACE
UNREPORTED      FLORIDA

CITIZENSHIP
UNITED STATES

PATTERN CLASS
UP UC UP UP UP UP UC UP UP UP
UP UC UP UP UP UP UC UP UP UP
UP UC UP UP UP UP UC UP UP UP

| OTHER BIRTH DATES | SCARS-MARKS-TATTOOS | SOCIAL SECURITY | MISC NUMBERS |
|-------------------|---------------------|-----------------|--------------|
| NONE | NONE | 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 | NONE |

ALIAS NAME(S)
COBE,ANTONE                COBE,LADARIUS
COVE,DARIUS                FARMER,ERRICK
FLANDER,LAVONT             FLANDERS,DARIUS
FLANDERS,LAVONT            FLANDERS,LAVONT JR
GRIFFIN,LARRY              LAWSON,ERIC
LIWSON,ERICK               SHANNON,THIRTEEN
WATSON,KAREN

END OF COVER SHEET

```
△)
△=============================== CYCLE 005 ===============================
△TRACKING NUMBER           005
△EARLIEST EVENT DATE       2007-07-18 INCIDENT DATE          2007-07-18
△-------------------------------------------------------------------------
△ARREST DATE               2007-07-18
△ARREST CASE NUMBER        500707308
△ARRESTING AGENCY          FL0060000
△BROWARD COUNTY SHERIFF'S OFFICE
△ARREST TYPE  ADULT
△CHARGE                    001
△          CHARGE NUMBER   500707308
△CHARGE TRACKING NUMBER    0609082106
△          CHARGE LITERAL  SEX ASSLT-
△                 AGENCY   FL0060000
△BROWARD COUNTY SHERIFF'S OFFICE
△     CHARGE DESCRIPTION   SEX BATTERY VICT OVR 12 YOA SP
△                STATUTE   VICTIM 12 YOA OLDER SPECIAL CONDITIONS
△                          (FL794.011(4); FL
△)
△     NCIC OFFENSE CODE    1199
△              COUNTS      001
△              SEVERITY    FELONY
△     ENHANCING FACTOR     1ST DEGREE
△          DISPOSITION     (OTHER 2007-07-18; UNKNOWN
△)
△CHARGE                    002
△          CHARGE NUMBER   500707308
△          CHARGE LITERAL  SEX ASSLT-
△                 AGENCY   FL0060000
△BROWARD COUNTY SHERIFF'S OFFICE
△     CHARGE DESCRIPTION   SEX BATTERY VICT OVR 12 YOA SP
△                STATUTE   VICTIM 12 YOA OLDER SPECIAL CONDITIONS
△                          (FL794.011(4); FL
△)
△     NCIC OFFENSE CODE    1199
△              COUNTS      001
△              SEVERITY    FELONY
△     ENHANCING FACTOR     1ST DEGREE
△          DISPOSITION     (OTHER 2007-07-18; UNKNOWN
△)
△-------------------------------------------------------------------------
△PROSECUTOR DISPOSITION    (CYCLE 005)
△PROSECUTION DATE          2007-07-18
△PROSECUTOR AGENCY         FL006015A STATE ATTORNEY BRANCH OFFICE -
△                          POMPANO BEACH
△CHARGE                    001
△          CHARGE NUMBER   001
△CHARGE TRACKING NUMBER    0609082106
△          CHARGE LITERAL  SEX ASSLT-
△     CHARGE DESCRIPTION   SEX BATTERY VICT INCAPACITATED
△     NCIC OFFENSE CODE    1199
△              COUNTS      001
△              SEVERITY    FELONY
△     ENHANCING FACTOR     1ST DEGREE
△          DISPOSITION     (DISMISSED 2010-12-07; NOLLE PROSSED
△)
△              COMMENT     ADDED CHARGE
△PROSECUTOR AGENCY         FL006015A STATE ATTORNEY BRANCH OFFICE -
△                          POMPANO BEACH
```

```
△CHARGE                     001
△         CHARGE NUMBER     002
△CHARGE TRACKING NUMBER     0609082106
△          CHARGE LITERAL   SEX ASSLT-
△      CHARGE DESCRIPTION   SEX BATTERY VICT INCAPACITATED
△     NCIC OFFENSE CODE     1199
△               COUNTS      001
△             SEVERITY      FELONY
△     ENHANCING FACTOR      1ST DEGREE
△          DISPOSITION      (DISMISSED 2010-12-08; NOLLE PROSSED
△)
△             COMMENT       ADDED CHARGE
△                           INITIATED BY PROSECUTOR
△PROSECUTOR AGENCY          FL006015A STATE ATTORNEY BRANCH OFFICE -
△                           POMPANO BEACH
△CHARGE                     002
△         CHARGE NUMBER     002
△CHARGE TRACKING NUMBER     0609082106
△          CHARGE LITERAL   SEX ASSLT-
△      CHARGE DESCRIPTION   SEX BATTERY VICT INCAPACITATED
△     NCIC OFFENSE CODE     1199
△               COUNTS      001
△             SEVERITY      FELONY
△     ENHANCING FACTOR      1ST DEGREE
△          DISPOSITION      (DISMISSED 2010-12-07; NOLLE PROSSED
△)
△             COMMENT       ADDED CHARGE
△PROSECUTOR AGENCY          FL006015A STATE ATTORNEY BRANCH OFFICE -
△                           POMPANO BEACH
△CHARGE                     002
△         CHARGE NUMBER     002
△CHARGE TRACKING NUMBER     0609082106
△          CHARGE LITERAL   SEX ASSLT-
△      CHARGE DESCRIPTION   SEX BATTERY VICT INCAPACITATED
△     NCIC OFFENSE CODE     1199
△               COUNTS      001
△             SEVERITY      FELONY
△     ENHANCING FACTOR      1ST DEGREE
△          DISPOSITION      (DISMISSED 2010-12-08; NOLLE PROSSED
△)
△************************  INDEX OF AGENCIES  ************************
△AGENCY                     JEFFERSON COUNTY SHERIFF'S OFFICE
△; FL0330000;
△                           ----
△ADDRESS
△---------------------------------------------------------------------
△AGENCY                     2ND CIRCUIT COURT - MONTICELLO
△; FL033015J;
△                           UNKNOWN CONTACT
△ADDRESS
△---------------------------------------------------------------------
△AGENCY                     MIAMI POLICE DEPARTMENT
△; FL0130600;
△                           UNKNOWN CONTACT
△ADDRESS
△---------------------------------------------------------------------
△AGENCY                     11TH CIRCUIT COURT - MIAMI
△; FL013025J;
△                           COURT ADMINISTRATOR
△ADDRESS
```

△---------------------------------------------------------------
△AGENCY                      MIAMI-DADE POLICE DEPARTMENT
△; FL0130000;
△                           RECORD BUREAU
△ADDRESS
△---------------------------------------------------------------
△AGENCY                      STATE ATTORNEY'S OFFICE
△; FL013015A;
△                           11TH JUDICIAL CIRCUIT
△ADDRESS
△---------------------------------------------------------------
△AGENCY                      BROWARD COUNTY SHERIFF'S OFFICE
△; FL0060000;
△                           UNKNOWN CONTACT
△ADDRESS
△---------------------------------------------------------------
△AGENCY                      STATE ATTORNEY BRANCH OFFICE - POMPANO BEACH
△;
△                           FL006015A;
△                           17TH JUDICIAL CIRCUIT
△ADDRESS
△* * * END OF RECORD

FLANDER, LAVONT

266577506

19701014    M    B    N68    160    BRO    BLK

